IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LEONARD FIRTH, | § | |
|     Plaintiff, | § | CIVIL ACTION NO. H-04-0659 |
| | § | |
| VS. | § | |
| | § | JURY TRIAL DEMANDED |
| DON MCGILL OF WEST | § | |
| HOUSTON, LTD. F/K/A | § | |
| DON MCGILL TOYOTA, INC., | § | JUDGE DAVID HITTNER |
|     Defendant. | § | |

**MOTION FOR ENTRY OF JUDGMENT, POST
JUDGEMENT INTEREST, AND MOTION FOR AWARD
OF ATTORNEYS' FEES AND TAXABLE COSTS**

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LEONARD FIRTH, | § | |
| Plaintiff, | § | CIVIL ACTION NO. H-04-0659 |
| | § | |
| VS. | § | |
| | § | JURY TRIAL DEMANDED |
| DON MCGILL OF WEST | § | |
| HOUSTON, LTD. F/K/A | § | |
| DON MCGILL TOYOTA, INC., | § | JUDGE DAVID HITTNER |
| Defendant. | § | |

## AFFIDAVIT OF JOSEPH Y. AHMAD

1.    My name is Joseph Y. Ahmad. I have personal knowledge of each and every fact contained in this affidavit and all such matters are true and correct. I am one of the lead attorneys on this case for the Plaintiff.

2.    I have been licensed to practice law in the state of Texas since November, 1989. Prior to that I had been licensed to practice law in the state of Michigan since November, 1987. I graduated in June, 1987 from the University of Michigan Law School. I served as a law clerk for the Honorable Benjamin F. Gibson, United States District Judge for the Western District of Michigan. Prior to starting Ahmad & Zavitsanos, P.C., with John Zavitsanos in July 1993, I was associated with the firms of Miller, Bristow & Brown, and later Crain, Caton & James. I am a member of the Houston and American (Sections: Litigation; Labor and Employment Law) Bar Associations; State Bar of Texas (Sections: Labor; Litigation); College of the State Bar of Texas; Texas Trial Lawyers Association; The Association of Trial Lawyers of America; Houston Young Lawyers Association; and National Employment Lawyers Association.

3. Our firm concentrates its practice in the areas of labor and employment law. I am board certified by the Texas Board of Legal Specialization in labor and employment law. I was a regional officer with the Houston office of the National Employment Lawyers Association.

4. I have prepared the following written materials and made presentations at the following seminars that touch upon the issue of attorneys' fees in employment cases: *Strategies for Victory: Maximizing Your Client's Recovery in Employment Cases (Attorneys' Fees)* National Employment Lawyers Association, 2002 Thirteenth Annual Convention, Lake Buena Vista, Florida, June 26-29, 2002; *Litigating Wrongful Discharge Cases: Plaintiff's Perspective*, University of Houston Law Foundation Advanced Employment Law Seminar, March 31 - April 1, 2005 - Houston, April 7-8, 2005 - Dallas; *How to Organize and Manage Your Employment Law Practice* - Panelist, State Bar of Texas Continuing Legal Education, January 19, 2005, San Antonio, Texas; *What Plaintiff's Lawyers Look For in a Case*, Panelist, South Texas College of Law Continuing Legal Education, Employment and Labor Law Course, July 8-9, 2004, Houston, Texas; *Litigating Employment Cases: Plaintiff's Perspective*, Houston Management Lawyers' Foundation, Luncheon Presentation, January 22, 2004; *Litigating Wrongful Discharge Cases Part One: Plaintiff's Perspective*, University of Houston Law Foundation Advanced Employment Law, August 7-8, 2003 - Houston, August 21-22, 2003 - Dallas; *What Plaintiff's Lawyers Look For* - Panelist, South Texas College of Law Continuing Legal Education, Employment Law Course, July 10-11, 2003, Houston, Texas; and *Strategies and Techniques for Effective Cross Examination*, National Employment Lawyers Association, 2002 Thirteenth Annual Convention, Lake Buena Vista, Florida, June 26-29, 2002; *Trial of Employment Law Cases*, 2001 Texas/Louisiana Employment Lawyers Association, Fifth Circuit Seminar, Mexico City, Mexico, October 11 - 13, 2001; *Recent Developments in Employment Litigation*; Gulf Coast Symposium on Human Resources; March 22, 2000; and *Client Intake and Case Selection Procedure*, National Employment Lawyers Association Annual Convention, June 1998.

5.    I have tried may employment law cases and received awards for attorneys' fees in those cases.  In the last several years, I have tried the following employment law cases and been awarded attorneys' fees:

Civil Action No. H-02-0320; *Willie Champine v. Texas Department of Criminal Justice;* In the United States District Court for the Southern District of Texas, Houston Division (Awarded over $160,000 in attorneys' fees for co-counsel and my firm).

Civil Action No. H-00-3307; *Susan Septimus v. The University of Houston and the University of Houston System;* In the United States District Court for the Southern District of Texas, Houston Division (Awarded over $150,000 in attorneys' fees for co-counsel and my firm).

Civil Action No. H-98-1328; *Luis F. Mota v. University of Texas Houston Health Science Center;* In the U.S. District Court for the Southern District of Texas, Houston Division (Awarded over $388,000 in attorneys' fees).

Civil Action No. SA-97-CA-1250; *Theresa M. Siler-Khodr v. University of Texas Health Science Center at San Antonio;* In the United States District Court for the Western District of Texas, San Antonio Division (Awarded over $147,000 in attorneys' fees).

Civil Action No. H-96-1310; *O. Jayne Bowman v. Texas Woman's University;* In the United States District Court for the Southern District of Texas, Houston Division (Awarded over $178,000 in attorneys' fees).

Civil Action No. H-93-441; *Kenneth Craig Brady, Guy "Nubbin" Chamblee, Bobby Lee Evans, John Fitzgerald Font, William Edward Fortenberry, James Arthur Leach, Stephen Leon Skinner and Antonio O. Rosas v. Fort Bend County;* In the United States District Court for the Southern District of Texas, Houston Division (Awarded over $750,000 in attorneys' fees).

6.     I have prepared the following written materials and presented at the following seminar discussing FMLA issues: *Developments in FMLA Compliance, Recent ADA Developments in Reasonable Accommodation,* and *Discussion of the Overlap of the ADA, FMLA and Worker's Compensation When Dealing With Absences of Ill, Injured, and Disabled Employees,* Sterling Education Services Seminar, Employment Law Update in Texas; What Human Resource Professionals and Their Legal Counsel Need to Know - NOW!; August 6, 2002, Houston.

7.     I have prepared the following written materials and made presentations on other employment law matters at the following seminars: *Settlement Agreements - A Look at Negotiating and Defending Standard and Unstandard Provisions: Plaintiff's Perspective,* State Bar of Texas Labor and Employment Law Section, Can't We All Just Get Along? Resolving Disputes Without the Courthouse, November 4, 2005, Houston; *How to Take the Executive's Deposition,* State Bar of Texas, Labor and Employment Law Webcast Series, Panelist, October 26, 2005, Austin; *First Amendment Employment,* State Bar of Texas Continuing Legal Education, Suing and Defending Governmental Entities Course, July 28-29, 2005, San Antonio, Texas; *Discovery Issues in Employment Litigation,* Labor and Employment Law Seminar presented by the Labor and Employment Law Section of the Federal Bar Association, July 21-23, 2005, Rio Grande, Puerto Rico; *Managing Risk: Policies and Procedures -* Panelist, South Texas College of Law Employment Law Course, July 14-15, 2005, Houston, Texas; *Sexual Harassment,* University of Houston Law Foundation Advanced Employment Law Seminar, August 19-20, 2004 - Dallas, August 26-27, 2004 - Houston; *Law Enforcement Liability,* State Bar of Texas Continuing Legal Education, Suing and Defending Governmental Entities, July 22-23, 2004, Galveston, Texas; *Storytelling!,* Panelist, South Texas College of Law Continuing Legal Education, Employment and Labor Law Course, July 8-9, 2004, Houston, Texas; *Mediation Just Makes Sense,* Panelist, Equal Employment Opportunity Commission, Houston District Office, Technical Assistance Program Seminar, May 18, 2004 - Houston; *Employment Law Update,* University of Houston Law Foundation Advanced Personal Injury and Insurance Law, April 1-2, 2004 - Dallas; April 15-16, 2004 - Houston; *Sarbanes-Oxley,* State Bar of Texas Continuing Legal Education, Advanced

Employment Law Course, January 22-23, 2004, San Antonio; *Voir Dire*, State Bar of Texas, Employment Law Section, Fall Practice Skills Seminar in Labor and Employment Law, Litigation Skills II: Prosecution and Defense of Employment Cases at Trial, November 21, 2003 - Houston; *Labor and Employment Law Update*, State Bar of Texas Continuing Legal Education, 26th Annual Advanced Civil Trial Course, November 5-7, 2003 - Houston; *Employment Law Aspects of The Sarbanes-Oxley Corporate Responsibility Statute*, Texas Employment Lawyers Association Annual Meeting, October 9-12, 2003; *Employment Law Aspects of the Sarbanes-Oxley Corporate Responsibility Statute*, University of Houston Law Foundation Employment Law Seminar, March 27-28, 2003 - Houston, April 3-4, 2003 - Dallas; *ADA: What is Left of it*, The University of Texas School of Law, 18th Annual School Law Conference,  February 27-28, 2003, Austin, Texas; *Sarbanes/Oxley*, State Bar of Texas Continuing Legal Education, Advanced Employment Law Course 2003, February 20 - 21, 2003, Houston, with Bill Bux and Richard Carlson; *Removal and Remand*, South Texas College of Law Continuing Legal Education, Advanced Civil Trial Law Conference, Feb. 20-21, 2003, Houston, Texas; *Employment Law*, State Bar of Texas Continuing Legal Education, Advanced Civil Trial Course 2002, August 28-30, 2002 -Dallas, October 9- 11, 2002 - Houston; *Advising the Departing Employee*, University of Houston Law Foundation Advanced Employment Law Seminar, July 25- 26, 2002 - Houston, August 1-2, 2002 - Dallas; *Preparing the Witness*, South Texas College of Law, Labor and Employment Law Course, Houston, Texas, July 11-12, 2002, with Dr. Bob Gordon and Dale Jefferson; *Strategies and Techniques for Effective Cross Examination*, National Employment Lawyers Association, 2002 Thirteenth Annual Convention, Lake Buena Vista, Florida, June 26-29, 2002; *Strategies for Handling the Limelight After Your Employee Files a Lawsuit Against You*; S.J. Bashen Corporation Seminar - Best Employment Practices During Uncertain Times: A Fair Employment Practices Seminar; February 22, 2002; with Wooty Sixel of the Houston Chronicle; *Sexual Harassment in the Workplace: Including Conducting Investigations and Litigation Developments*, University of Houston Law Foundation Employment Law Seminar, February 2002; *Sexual Harassment*, Asian American Bar Association of Houston, monthly meeting, February 20, 2002; *Americas*

*with Disabilities Act Update*, State Bar of Texas, 10th Annual Advanced Employment Law Course 2002, Houston, Texas, January 25, 2002; *Privacy Issues in the Workplace*, University of Houston Law Foundation, Advanced Employment Law Seminar, July/August 2000, August 2001; *Discrimination Update*, University of Texas School of Law, Labor and Employment Law Seminar, 8th Annual Conference, May 3-4, 2001; *Sexual Harassment Claims - Plaintiff's Perspective*, University of Houston Law Foundation Employment Law Seminar, February 1999, February 2000 and February 2001; *Employment Discrimination Class Actions After Allison V. Citgo Petroleum Corp.*; State Bar of Texas, Advanced Employment Law Court 2000; February 1, 2001; *Training Managers to Avoid Liability - Winning Strategies for Ensuring Compliance with Your Company Policy and the Law*, Council on Education in Management Discipline & Termination Law Seminar, February 1999; *Jury Selection and Voir Dire, Including Batson Challenges*, National Employment Lawyers Association, Houston Chapter, Employment Law Seminar, December 1998, with Andrew S. Golub; *Title VII/ADEA Update*, State Bar of Texas Annual Labor and Employment Law Update Seminar, March 1997; and *Mental Anguish in Employment Cases*, South Texas College of Law's Employment Law Seminar, April 1997.

8.    The other lead attorney on this case for the Plaintiff was Howard Dulmage. Mr. Dulmage is filing his own affidavit. I have, however, reviewed his affidavit and time spend and find it reasonable and customary for a lawyer of his skill and experience in Harris County, Texas.

9.    The other name that appears on our fee printout is Gigi Cox. Gigi Cox was a legal assistant on this case. Ms. Cox graduated from Austin College in 1982 with a B.A. degree in Psychology. She has been with Ahmad, Zavitsanos & Anaipakos. P.C. since April of 2000. Ms. Cox is primarily assigned to work with me on my cases. She did an excellent job on this case. She is extremely intelligent and has outstanding judgment and organizational skills. Because of Ms. Cox's skills, she performed many tasks on this case that would have otherwise been performed by an attorney, thus further reducing our fee in this matter. In my opinion, her hourly rate of $125 per hour is below what other legal

assistants charge of her caliber in Harris County. It is certainly, at least, reasonable and customary for Harris County.

10. I have tried over 50 cases to a verdict, many in the area of labor and employment law. In the last several years, I have tried ten cases to a verdict in the area of employment law. A listing of my employment trial experience over the last five years (excluding this case) is set forth below:

Civil Action No. H-02-0320; *Willie Champine v. Texas Department of Criminal Justice;* In the United States District Court for the Southern District of Texas, Houston Division (Hostile Work Environment)

Civil Action No. H-00-3307; *Susan Septimus v. The University of Houston and the University of Houston System;* In the United States District Court for the Southern District of Texas, Houston Division (Retaliation for complaining of sex discrimination)

Civil Action No. H-00-3159; *Janet King v. Anesthesia Specialists of Houston, a Partnership*; In the United States District Court for the Southern District of Texas, Houston Division (Disability Discrimination)

Cause No. 99-15281; *Robert J. Horn v. ClearWorks Technologies, Inc. and Michael T. McClere*; In the 333rd Judicial District Court of Harris County, Texas.

Civil Action No. H-98-3587; *Willie E. Pratt and Bernard Garrett v. City of Houston, Texas;* In the United States District Court for the Southern District of Texas, Houston Division (Race Discrimination)

Civil Action No. H-98-1328; *Luis F. Mota v. University of Texas Houston Health Science Center*; In the U.S. District Court for the Southern District of Texas, Houston Division

Civil Action No. H-98-3035; *Louella (Henderson) Jones and Herbert Williams, III v. City of Houston, Texas;* In the United States District Court for the Southern District of Texas, Houston Division (tried twice because of hung jury)

Civil Action No. SA-97-CA-1250; *Theresa M. Siler-Khodr v. University of Texas Health Science Center at San Antonio*; In the United States District Court for the Western District of Texas, San Antonio Division

Civil Action No. H-96-1310; *O. Jayne Bowman v. Texas Woman's University;* In the United States District Court for the Southern District of Texas, Houston Division

Cause No. 94-049371; *Buddy F. Moore v. Exxon Corporation d/b/a Exxon Company, U.S.A.,* In the 281st Judicial District Court of Harris County, Texas

Civil Action No. H-97-1515; *Roosevelt Collins v. Smith International, Inc. d/b/a/ Delaware Holding Smith International, Inc.*; In the United States District Court for the Southern District of Texas, Houston Division

Civil Action No. H-96-783; *David C. Garcia v. City of Houston*; In the United States District Court for the Southern District of Texas, Houston Division

No. 70-116-00085-97; *Joseph Heller v. Charter Communications International, Inc.;* Proceeding Before the American Arbitration Association/No. 96-63065; *Joseph Heller v. Charter Communications International, Inc.;* In the 295th Judicial District Court of Harris County, Texas

Cause No. 95-25172; *Danna F. Lynde v. J. W. English Management Co., Inc. and John Wesley English*; In the 215th Judicial District Court of Harris County, Texas

Civil Action No. H-93-441; *Kenneth Craig Brady, Guy "Nubbin" Chamblee, Bobby Lee Evans, John Fitzgerald Font, William Edward Fortenberry, James Arthur Leach, Stephen Leon Skinner and Antonio O. Rosas v. Fort Bend County*; In the United States District Court for the Southern District of Texas, Houston Division

Cause No. 94-34177; *Joanna Temple v. R.L.G. Holdings, Ltd., Haysim Rihawi and William Scogin*; In the 270th Judicial District Court of Harris County, Texas

11.    I have also tried three arbitrations in the area of employment law:

No. 70 160 00325 01; *Sandra Bias v. Western Container Corporation*; Before the American Arbitration Association (Sex Discrimination).

Case No. 70-160-00136-00; *In the Matter of the Arbitration between John Getter v. KHOU-TV and Belo Corporation;* American Arbitration Association (Age Discrimination)

AAA No. 70-M-160 00513-99; *In the Matter of: Jaime N. Lucio v. Temple-Inland, Inc., Inland Paperboard and Packaging, Inc;* American Arbitration Association

No. 70-116-00085-97; *Joseph Heller v. Charter Communications International, Inc.;* Proceeding Before the American Arbitration Association.

12.    I have also opined in other cases that $355 to $375 per hour is a reasonable billing rate for attorneys fees in employment claims.

13.    I have reviewed the factors set forth by the Fifth Circuit in *Johnson v. Georgia Highway Express*, 488 F.2d 714 (5th Cir. 1974), and the information for each of the factors set forth in that case are as follows:

## (1)   **Time and Labor Involved**

As the attached printout indicates, the total time spent by me on this matter for which the Firm is seeking a fee award is 221.75 hours.  In actuality, this time spent by me on this case exceeds 240 hours.  However, under the "billing judgment rule" I have deleted some of that time that I have judged was duplicative, unnecessary, or otherwise would not be billed to one of my client paying on an hourly basis.  This time, which I have voluntarily excluded, is listed by the amount of time spent, and the hourly rate, but assigned a value of "0.00" in our printout.  The "0.00" is reflected under the "Amount DNB Amt" column of the printout.

For example, while Scott Cook was working on this case, I have deleted the vast majority of work I performed on the file, including conference with Mr. Cook, and reviewing correspondence and pleadings. I have also deleted all of the time for Mr. Zavitsanos and Nasim Ahmad. Therefore, even though the defendant appeared with three lawyers at trial, Firth is only asking for compensation for two of the three lawyers who appeared for him at trial.  Although some of this time could be deemed compensable, in an effort to avoid any time that might be considered duplicative, it has been voluntarily excluded.

All of the time included within the 221.75 hours spent by me on this matter was necessary in order to prosecute this matter and none of it was duplicative or spent generally familiarizing myself with this case.  In light of the numerous issues present in this litigation, as well as the numerous witnesses and documents produced by the parties, I believe that the number of hours was extremely conservative.  For example, this litigation involved the depositions of various present and former employees of Defendant whose testimony I have to become familiar with within a short period of time.

Moreover, this case presented several novel issues of law.   For example, this case was unique in that, this involved several issues relating to compensable time under the FMLA, and therefore, the FLSA, for which there is very little case law. Therefore, this case was hardly the

typical case brought under the FMLA and this case was hardly simple or rote.

My involvement in the case was primarily limited to the early pretrial stages, depositions, trial, responding to Defendant's dispositive motions, and trial preparation. Given the legal complexity of the case, and my involvement in the case prior to trial, my participation at trial was both reasonable and necessary to its successful prosecution. Moreover, the time spent on this matter by Ms. Cox was conservative, reasonable, and necessary. Ms. Cox spent 148.9 hours on this case for which our Firm seeks a fee of $18,612.50. Allowing Ms. Cox to handle tasks typically handled by an attorney also resulted in a lower than usual fee. In summary, the total fee sought by our Firm is $130,514.24.

(2) **The Novelty and Difficulty of the Questions**

The questions here were very novel. As mentioned above, this involved issues of compensable in time under the FMLA and FLSA. Even under the FLSA, these were novel questions, and recently the subject of a recent United States Supreme Court case. However, the applicability of this law to the FMLA, along with its unique burdens of proof, and the fact that the FMLA is a recent statute make these questions novel and difficult. Moreover, since the FMLA, is a relatively new statute, these questions were by definition novel.

(3) **The Skill Requisite to Perform the Legal Services Properly**

Because of the barrage of factual allegations raised by the Defendant in this case, as well as their numerous novel legal theories, I believe that a better than average skill level was required to perform the work on behalf of Plaintiff in this case. I believe that Mr. Dulmage, Ms. Cox, and I demonstrated the skill level commensurate with that required to perform the legal services properly in this case. Obviously, I was familiar with Mr. Dulmage's work in this case because I worked very

closely with her on this case. His expertise was necessary because he is a pilot and therefore I assigned him the task of examining two of the three pilots in the case. First, to cross-examine Michael Rees in the event Rees (who had not been previously deposed) testified to any issues that required aviation expertise (which, as it turned out, it did), and to examine Firth in a manner that explain the duties and responsibilities of a pilot clearly to the jury.

(4)   **The Preclusion of Other Employment by the Attorney Due to This Case**

This case required my full-time efforts for nearly a week and a half in preparation for trial and trial. Our Firm generally represents both clients on the who pay an hourly rate, and those who pay on a contingency fee basis. Because of the time spent by me on trial preparation, trial, as well as time spent by me working on the Joint Pretrial Order, and responding to Defendant's dispositive motion, I was required to be absent, and was foreclosed from working on additional matters, as well as spending time on Plaintiffs' cases that needed work. In particular, one of my clients had a Temporary Restraining Order filed against him, which led to a preliminary injunction hearing which was initially scheduled the day before trial in this case was to start. While I was able to get the hearing rescheduled, I had to have obtain the assistance of other attorneys (from other firms) during trial to attend to the matters I could not get to.

(5)   **The Customary Fee**

The amount charged on this file for myself is $355.00 per hour. This amount is within our customary fee. Typically, I our firm charges between $355.00 and $375.00 per hour for work of this type. Right now, my hourly rate for work is at $375.00 per hour.

I have received on numerous instances fees awarded by both state and federal courts in employment cases. It is reasonable and customary for my rate to increase over time. Given that my last rate approved by this court for work performed two years ago was $315.00 per hour, a 2006 rate of $355.00 hour is reasonable and customary. My latest hourly rates approved by this court are as follows:

In 2004, in a race discrimination and hostile work environment retaliation case, *Willie Champine v. Texas Department of Criminal Justice*, C.A. No. H-02-0320; In the United States District Court for the Southern District of Texas, Houston Division, I was awarded an hourly rate of $315.00. In 2003, in a retaliation case, *Susan Septimus v. The University of Houston, et al.*, C.A. No. H-00-3307; In the United States District Court for the Southern District of Texas, Houston Division, I was awarded an hourly rate of $285.00. *Janet C. King v. Anesthesia Specialists of Houston*, C.A. No. H-00-3159; In the United States District Court for the Southern District of Texas, Houston Division, I was awarded an hourly rate of $275.00. In 1999, in a same-sex sexual harassment case, *Luis F. Mota v. University of Texas Health Science Center*; Cause No. H-98-1328; In the United States District Court for the Southern District of Texas, Houston Division, I was awarded an hourly rate of $245.00. Also, in an ADA and retaliation case, *O. Jayne Bowman v. Texas Woman's University;* Cause No. H-96-1310, I was awarded an hourly rate of $245.00 by Magistrate Judge Calvin Botley. Additionally, in a recent national origin and race discrimination case, *David Garcia v. City of Houston*; Cause No. H-96-783; In the United States District Court for the Southern District of Texas, Houston Division, I was awarded an hourly rate of $235.00 by Judge Nancy F. Atlas. Also, on September 17, 1998, I was awarded an hourly rate of $235.00 by Judge Sim Lake in Cause No. H-97-1515; *Roosevelt Collins v. Smith International, Inc. d/b/a/ Delaware Holding Smith International, Inc.*; In the United States District Court for the Southern District of Texas,

Houston Division. In a case under the Americans with Disabilities Act in state court, I was awarded by Judge Jane Bland, $205.00 per hour in a Judgment in September 1998 as a fee award for my successful work for the Plaintiff in that case styled *Buddy F. Moore v. Exxon Corporation d/b/a Exxon Company, U.S.A.*, Case No. 94-049371; In the 281st Judicial District Court of Harris County, Texas.

I am familiar with the typical reasonable hourly fees charged by lawyers practicing in the labor and employment field in Houston (particularly since I was an officer with the Houston office of the National Employment Lawyers Association), and it is my opinion that $355.00 is a customary fee for this type of work for a specialist in the labor and employment field in Houston, Texas in 2006. Additionally, Gigi Cox's hourly rate of $125 per hour, as are the rates of the other legal assistants and clerks, is very reasonable and necessary for someone of her experience and skill level in Harris County, Texas.

(6) **Whether the Fee is Fixed or Contingent**

Ahmad, Zavitsanos & Anaipakos, P.C. agreed to handle this matter for the Plaintiff on a rather unusual contingency basis. I agreed to be paid whatever the Court awards as fees. In the event that we lost, I would not be paid at all. I essentially agreed to an hourly rate that would be paid only if we won, and only upon Court approval. I know of few lawyers, that would represent a client on this basis. I am familiar with Fifth Circuit authority which holds that "Lawyers who are to be compensated only in the event of victory expect and are entitled to be paid more when successful from those who are assured of compensation, regardless of result." *Jones v. Diamond*, 636 F.2d 1364, 1382 (5th Cir. 1981) (*en banc*). I have not, however, asked for an enhancement due this firm's contingency fee.

(7)   **Time Limitations**

There have been obvious time limitations imposed by this case. During this recent trial and for several days prior to trial, I was required to drop all other matters while I prepared for trial and tried this case. It took a tremendous effort on the part of Howard Dulmage and myself to prepare for the examination of the witnesses and to successfully present this matter at trial.

(8)   **The Amount Involved and Results Obtained**

The factual nature of this case and the legal theories advanced made this a difficult and challenging case. As discussed previously, very few similar cases have been tried to verdict. This action was obviously vigorously defendant by the defendant. We obtained favorable findings on both liability questions, and obtained the majority of what we asked for in damages despite issues of mitigation. Accordingly, the result obtained was highly successful and extremely favorable for the Plaintiff.

The Fifth Circuit and the Supreme Court have emphasized the importance of the result obtained in setting attorneys' fees. *See Farrar v. Hobby*, 113 S.Ct. 566 (1992). In this case, it is difficult to imagine, on facts of this case, a much better result.

Moreover, it was necessary to try the case in order to get this award as no settlement offer approaching this amount was made by the Defendant. Indeed, although the Plaintiff made a demand early in the case for $175,000, which he certainly would have been willing to compromise to some degree upon a offer from the Defendant, the Defendant never responded with any offer whatsoever. Accordingly, not only was the result achieved the best that could have been achieved, it was certainly necessary to go to Court in order to achieve that result since the Defendant nothing to settle this case.

In fact, given the result and given the fact that this case was taken on an hourly, but contingency, basis, this is one of those rare cases in which a multiplier for an additional amount of 20-30% would be in order. We are not asking for such a multiplier however.

(9)   **The Experience, Reputation, and Ability of Counsel**

These matters have been addressed previously above.

(10)   **The Undesirability of the Case**

This case was very time consuming during its preparation and during trial. It involved the deposition of a large number of witnesses, as well as locating and contacting various third-party witnesses. I do not believe there are many lawyers who would agree to accept a case such as this one on a pure contingency basis.

(11)   **The Nature and Length of the Professional Relationship With the Clients**

Despite the short time this firm was involved in this matter, our Firm was able to develop a close working relationship with Mr. Firth. He has been an excellent client and was always available for questions. While I do not know how much time Mr. Firth devoted to this case, I do know that he was present before and after trial each day to provide any assistance that was needed.

(12)   **Awards in Similar Cases**

The fee award requested is comparable to similar cases that I have obtained. I have received for example the following fee awards:

Civil Action No. H-02-0320; *Willie Champine v. Texas Department of Criminal Justice;* In the United States District Court for the Southern District of Texas, Houston Division (Awarded over $160,000 in attorneys' fees for co-counsel and my firm).

Civil Action No. H-00-3307; *Susan Septimus v. The University of Houston and the University of Houston System;* In the United States District Court for the Southern District of Texas, Houston Division (Awarded over $150,000 in attorneys' fees for co-counsel and my firm).

Civil Action No. H-98-1328; *Luis F. Mota v. University of Texas Houston Health Science Center;* In the U.S. District Court for the Southern District of Texas, Houston Division (Awarded over $388,000 in attorneys' fees).

Civil Action No. SA-97-CA-1250; *Theresa M. Siler-Khodr v. University of Texas Health Science Center at San Antonio;* In the United States District Court for the Western District of Texas, San Antonio Division (Awarded over $147,000 in attorneys' fees).

Civil Action No. H-96-1310; *O. Jayne Bowman v. Texas Woman's University;* In the United States District Court for the Southern District of Texas, Houston Division (Awarded over $178,000 in attorneys' fees).

Civil Action No. H-93-441; *Kenneth Craig Brady, Guy "Nubbin" Chamblee, Bobby Lee Evans, John Fitzgerald Font, William Edward Fortenberry, James Arthur Leach, Stephen Leon Skinner and Antonio O. Rosas v. Fort Bend County;* In the United States District Court for the Southern District of Texas, Houston Division (Awarded over $750,000 in attorneys' fees).

14.   In my opinion, a reasonable and necessary fee for any appeal in this case would be $50,000.00. Because of the potentially extensive issues raised by the Defendant in this case, I anticipate that significant work will be necessary on appeal. This trial lasted nearly a week. In the event that the Defendant raises any sufficiency of the evidence appellate points, it will be necessary to review the entire record in order to adequately represent the Plaintiff on the appeal. In the event the Fifth Circuit affirms the judgment of this Court, but grants an application for rehearing *en banc*, I anticipate that a reasonable and necessary fee for responding to such an application will be $15,000.00. In my opinion, I also believe that a reasonable and necessary fee for an application for writ of certiorari to the United States Supreme Court would be $15,000.00, and, if the Supreme Court grants the writ, an additional $15,000.00 for briefing to the Supreme Court.

Further Affiant sayeth not.

Joseph Y. Ahmad

SUBSCRIBED AND SWORN TO BEFORE ME on this 30th day of January, 2006.

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS



GIGI F. COX
Notary Public, State of Texas
My Commission Expires
November 16, 2009

1/30/2006                    AHMAD, ZAVITSANOS & ANAIPAKOS, P.C.
9:35 AM                          Pre-bill Worksheet                              Page    2

Nickname        FIR002 | 2028
Full Name       Leonard Firth
Address         P.O. Box 1418
                Brookshire TX 77423
Phone 1         ( 281)  574-2507        Phone 2
Phone 3                                 Phone 4
In Ref To       Leonard Firth v. Don McGill Toyota
                Our File No. FIR002
Fees Arrg.      By billing value on each slip
Expense Arrg.   By billing value on each slip
Tax Profile     Exempt
Last bill
Last charge     1/25/2006
Last payment                            Amount      $0.00

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|---------------|---------------|----------------|----------------|-------|
| **Attorney: Ahmad, Joseph** | | | | | |
| 2/9/2004 182654 | Ahmad, Joseph Legal Draft and revise Plaintiff's Complaint. | 355.00 | 2.50 | 887.50 | Billable |
| 2/17/2004 182655 | Ahmad, Joseph Legal Telephone conference with Leonard Firth.  Revise and finalize Complaint. | 355.00 | 0.50 | 177.50 | Billable |
| 2/21/2004 182656 | Ahmad, Joseph Legal Receipt and review of assignment to Judge Werling.  Review of materials including court rules from Judge Werling. | 355.00 | 0.30 | 106.50 | Billable |
| 5/5/2004 182657 | Ahmad, Joseph Legal Receipt and review of Defendant's Original Answer.  Compare to allegations in Plaintiff's Complaint.  Review of Defendant's Motion to Strike and Motion to Dismiss. | 355.00 | 1.00 | 355.00 | Billable |
| 5/20/2004 182658 | Ahmad, Joseph Legal Attention to filing First Amended Complaint and well as Response to Motion to Strike and Motion to Dismiss. | 355.00 | 0.30 | 106.50 | Billable |
| 6/1/2004 182659 | Ahmad, Joseph Legal Receipt and review of of Order Granting Leave to File First Amended Complaint. | 355.00 | 0.10 | 35.50 | Billable |
| 6/7/2004 182661 | Ahmad, Joseph Legal Attention to drafting Joint Discovery Case Management Plan. | 355.00 | 0.40 | 142.00 | Billable |
| 6/10/2004 182660 | Ahmad, Joseph Legal Receipt and review of Defendant's Amended Answer. | 355.00 | 0.30 | 106.50 | Billable |



EXHIBIT
1
tabbies®

1/30/2006            AHMAD, ZAVITSANOS & ANAIPAKOS, P.C.
9:35 AM                    Pre-bill Worksheet                  Page   3

FIR002:Leonard Firth  ( continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 6/20/2004 182662 | Ahmad, Joseph Legal | 355.00 | 0.20 | 71.00 | Billable |
| | Attention to review of Scheduling Order. | | | | |
| 8/2/2004 182663 | Ahmad, Joseph Legal | 355.00 | 0.30 | 106.50 | Billable |
| | Receipt and review of Defendant's Initial Disclosures. | | | | |
| 8/10/2004 182664 | Ahmad, Joseph Legal | 355.00 | 0.50 | 177.50 | Billable |
| | Attention to drafting and preparing Plaintiff's Initial Disclosures. | | | | |
| 8/31/2004 182665 | Ahmad, Joseph Legal | 355.00 | 0.40 | 142.00 | Billable |
| | Receipt and review of of Defendant's Requests for Production and .Interrogatories to Plaintiff. | | | | |
| 9/30/2004 182666 | Ahmad, Joseph Legal | 355.00 | 2.50 | 887.50 | Billable |
| | Meeting with Scott Cook and Leonard Firth regarding preparation for deposition. | | | | |
| 9/30/2004 182868 | Ahmad, Joseph Legal | 0.00 | 0.80 | 0.00 | Billable |
| | Meet with S. Cook about deposition of Firth | | | | |
| 10/1/2004 182667 | Ahmad, Joseph Legal | 355.00 | 2.00 | 710.00 | Billable |
| | Meeting with L. Firth before and during deposition.  Attend portion of deposition of L. Firth.  Meeting with Leonard Firth after deposition. | | | | |
| 11/1/2004 182869 | Ahmad, Joseph Legal | 0.00 | 0.10 | 0.00 | Billable |
| | Conference with S. Cook about depositions of McGill and Pickett. | | | | |
| 11/2/2004 182870 | Ahmad, Joseph Legal | 0.00 | 0.10 | 0.00 | Billable |
| | Conference with S. Cook about discovery. | | | | |
| 11/3/2004 182668 | Ahmad, Joseph Legal | 355.00 | 8.50 | 3,017.50 | Billable |
| | Review of documents provided by Plaintiff and Defendants in discovery.  Preparation for depositions of Don McGill and Julie Pickett. | | | | |
| 11/4/2004 182669 | Ahmad, Joseph Legal | 355.00 | 7.50 | 2,662.50 | Billable |
| | Preparation for and attend depositions of Don McGill and Julie Pickett. | | | | |
| 11/8/2004 182871 | Ahmad, Joseph Legal | 0.00 | 0.50 | 0.00 | Billable |
| | Conference with S. Cook about declarations of Aaron Johnsonand Michael Rees. | | | | |

1/30/2006                    AHMAD, ZAVITSANOS & ANAIPAKOS, P.C.
9:35 AM                              Pre-bill Worksheet                              Page    4

FIR002:Leonard Firth  ( continued)

| Date ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 11/9/2004<br>182872 | Ahmad, Joseph<br>Legal<br>Conference with S. Cook about declarations. | 0.00 | 0.20 | 0.00 | Billable |
| 11/10/2004<br>182873 | Ahmad, Joseph<br>Legal<br>Conference with S. Cook about declarations. | 0.00 | 0.10 | 0.00 | Billable |
| 11/15/2004<br>182874 | Ahmad, Joseph<br>Legal<br>Conference with S. Cook about Johnson declaration. | 0.00 | 0.10 | 0.00 | Billable |
| 12/2/2004<br>182875 | Ahmad, Joseph<br>Legal<br>Conference with S. Cook about medical records. | 0.00 | 0.20 | 0.00 | Billable |
| 12/16/2004<br>182876 | Ahmad, Joseph<br>Legal<br>Conference with S. Cook about confidentiality agreement. | 0.00 | 0.30 | 0.00 | Billable |
| 12/16/2004<br>182878 | Ahmad, Joseph<br>Legal | 0.00 | 0.00 | 0.00 | Billable |
| 1/31/2005<br>182673 | Ahmad, Joseph<br>Legal<br>Review and file Plaintiff's Expert Witness Designation. | 355.00 | 0.40 | 142.00 | Billable |
| 2/23/2005<br>182877 | Ahmad, Joseph<br>Legal<br>Conference with S. Cook about case status. | 0.00 | 0.20 | 0.00 | Billable |
| 3/29/2005<br>182879 | Ahmad, Joseph<br>Legal<br>Conference with S. Cook about discovery production. | 0.00 | 0.40 | 0.00 | Billable |
| 4/8/2005<br>182880 | Ahmad, Joseph<br>Legal<br>Conference with S. Cook about experts. | 0.00 | 0.20 | 0.00 | Billable |
| 4/8/2005<br>182881 | Ahmad, Joseph<br>Legal | 355.00 | 0.00 | 0.00 | Billable |
| 4/25/2005<br>182882 | Ahmad, Joseph<br>Legal<br>Conference with S. Cookabout deposition of Aaron Johnson. | 0.00 | 0.10 | 0.00 | Billable |
| 7/25/2005<br>182670 | Ahmad, Joseph<br>Legal<br>Review Defendant's Motion for Summary Judgment.  Review draft Response to Motion for Summary Judgment.  Conference with Scott Cook concerning the response. | 355.00 | 4.00 | 1,420.00 | Billable |

1/30/2006       AHMAD, ZAVITSANOS & ANAIPAKOS, P.C.
9:35 AM          Pre-bill Worksheet        Page 5

FIR002:Leonard Firth  ( continued)

| Date ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 7/29/2005<br>182671 | Ahmad, Joseph<br>Legal<br>Review finalized Response to Motion for Summary Judgment. | 355.00 | 1.00 | 355.00 | Billable |
| 8/11/2005<br>182672 | Ahmad, Joseph<br>Legal<br>Review reply to Defendant's Reply to Summary Judgment Response. | 355.00 | 0.50 | 177.50 | Billable |
| 8/15/2005<br>182883 | Ahmad, Joseph<br>Legal<br>Conference with S. Cook about Defendant's reply and Plaintiff's sur-reply to Motion for Summary Judgment. | 0.00 | 0.50 | 0.00 | Billable |
| 11/16/2005<br>182674 | Ahmad, Joseph<br>Legal<br>Review latest caselaw and regulations concerning compensable time as well as FMLA.  Draft provisions of Joint Pretrial Order. | 355.00 | 4.50 | 1,597.50 | Billable |
| 11/18/2005<br>182675 | Ahmad, Joseph<br>Legal<br>Finalize Joint Pretrial Order, prepare Witness List, Voir Dire, Motion in Limine, and Exhibit List as well as finalize Jury Charge. | 355.00 | 9.50 | 3,372.50 | Billable |
| 11/29/2005<br>182676 | Ahmad, Joseph<br>Legal<br>Preparation for and attend mediation with Doug Sandage. | 355.00 | 9.00 | 3,195.00 | Billable |
| 1/7/2006<br>182677 | Ahmad, Joseph<br>Legal<br>Review Joint Pretrial Order, review exhibits to pretrial order and Jury Charge.  Review and  outline deposition of Don McGill.  Attention to subpoening witnesses. | 355.00 | 11.50 | 4,082.50 | Billable |
| 1/8/2006<br>182678 | Ahmad, Joseph<br>Legal<br>Review deposition of Julie Pickett and outline deposition.  Attention to contacting witnesses and securing Aaron Johnson for trial.  Telephone conference with L. Firth. | 355.00 | 9.50 | 3,372.50 | Billable |
| 1/9/2006<br>182679 | Ahmad, Joseph<br>Legal<br>Meeting with L. Firth.  Review deposition of L. Firth and outline deposition. | 355.00 | 12.50 | 4,437.50 | Billable |
| 1/10/2006<br>182680 | Ahmad, Joseph<br>Legal<br>Prepare outline of subject matter of topics to be reviewed with L. Firth on direct examination. Prepare opening and Voir Dire.  Prepare exhibits for examination of L. Firth.  Meeting with L. Firth. | 355.00 | 13.50 | 4,792.50 | Billable |
| 1/11/2006<br>182692 | Ahmad, Joseph<br>Legal<br>Review of recent Supreme Court authority on compensable hours as well as cases following Alvarez and on continuing work rule in general and portal to portal act.  Attention to pretrial conference. Review Defendant's exhibits.  File Supplemental Motion in Limine.  Continue preparation of opening and organization of exhibits.  Prepare cross examination of McGill and Julie Pickett.  Prepare Voir Dire. | 355.00 | 14.50 | 5,147.50 | Billable |

1/30/2006
9:35 AM

AHMAD, ZAVITSANOS & ANAIPAKOS, P.C.
Pre-bill Worksheet

Page     6

FIR002:Leonard Firth  ( continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 1/11/2006<br>182681 | Ahmad, Joseph<br>Legal | 355.00 | 0.00 | 0.00 | Billable |
| 1/12/2006<br>182682 | Ahmad, Joseph<br>Legal<br>Preparation for and attendance at trial.  Conduct voir dire, opening statement, and<br>cross-examination of Don McGill and Julie Pickett.  Revise cross examinations of McGill and Pickett.<br>Continue preparation of L. Firth for direct and cross-examination. | 355.00 | 14.00 | 4,970.00 | Billable |
| 1/13/2006<br>182683 | Ahmad, Joseph<br>Legal<br>Prepare for and attend trial. Meeting with L. Firth. Telephone conference with Aaron Johnson and<br>Daryl Stewart.  Meeting with Aaron Johnson.  Conduct examination of A. Johnson and D. Stewart. | 355.00 | 14.00 | 4,970.00 | Billable |
| 1/14/2006<br>182684 | Ahmad, Joseph<br>Legal<br>Meeting with Howard Dulmedge and L. Firth.  Continued preparation for trial.  Help prepare L. Firth<br>for examination.  Draft supplemental jury instructions, and research on "Continuing Violation Rule." | 355.00 | 11.00 | 3,905.00 | Billable |
| 1/14/2006<br>182685 | Ahmad, Joseph<br>Legal<br>Continue research on violation rule, burden shifting under the FMLA and liquidated damages.<br>Attention to closing argument. | 355.00 | 7.50 | 2,662.50 | Billable |
| 1/16/2006<br>182686 | Ahmad, Joseph<br>Legal<br>Meeting with H. Dulmage and L. Firth.  Continue preparation for trial and examination of L. Firth as<br>well as possible recall of D. McGill and M. Reese. | 355.00 | 10.50 | 3,727.50 | Billable |
| 1/17/2006<br>182687 | Ahmad, Joseph<br>Legal<br>Preparation for and attend trial.  Continued work on Jury Charge. | 355.00 | 12.00 | 4,260.00 | Billable |
| 1/18/2006<br>182688 | Ahmad, Joseph<br>Legal<br>Preparation for and attend charge conference.  Prepare closing argument. | 355.00 | 12.50 | 4,437.50 | Billable |
| 1/19/2006<br>182689 | Ahmad, Joseph<br>Legal<br>Preparation for and attend trial.  Conduct closing argument and wait for a jury. | 355.00 | 8.00 | 2,840.00 | Billable |
| 1/20/2006<br>182690 | Ahmad, Joseph<br>Legal<br>Wait for jury verdict. | 355.00 | 4.00 | 1,420.00 | Billable |
| 1/25/2006<br>182691 | Ahmad, Joseph<br>Legal<br>Attention to fee_____, and preparation of judgment including claim for<br>liquidated damages, front pay, interest and reinstatement. | 355.00 | 6.50 | 2,307.50 | Billable |

1/30/2006
9:35 AM

AHMAD, ZAVITSANOS & ANAIPAKOS, P.C.
Pre-bill Worksheet

Page    7

FIR002:Leonard Firth  ( continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| Total: Ahmad, Joseph | | | 221.50 | | $77,283.50 |
| **Attorney: Ahmad, Nasim** | | | | | |
| 1/12/2006 | Ahmad, Nasim | 0.00 | 1.40 | 0.00 | Billable |
| 182865 | Legal | | | | |
| | Research case law under the portal to portal act in preparation for drafting additional instructions for plaintiff's proposed jury charge. Conference with Joseph Ahmad regarding research. | | | | |
| 1/13/2006 | Ahmad, Nasim | 0.00 | 2.80 | 0.00 | Billable |
| 182866 | Legal | | | | |
| | Conference with Joseph Ahmad regarding additional instructions to be added to plaintiff's proposed jury charge. Drafted additional jury instructions for plaintiff's proposed jury instructions. Revisions to plaintiff's proposed jury charge. | | | | |
| **Attorney: Burcham, Tiffany** | | | | | |
| 5/26/2004 | Burcham, Tiffany | 90.00 | 0.20 | 18.00 | Billable |
| 148389 | Legal | | | | |
| | Meet with Joseph Ahmad regarding meeting with client. Telephone call to client regarding meeting and current work status. | | | | |
| Total: Burcham, Tiffany | | | 0.20 | | $18.00 |
| **Attorney: Cook, Scott** | | | | | |
| 9/27/2004 | Cook, Scott | 185.00 | 1.00 | 185.00 | Billable |
| 157083 | Legal | | | | |
| | Work on supplementing Interrogatory responses. Telephone conference to L. Firth regarding Interrogatories and background fo case. Review pleadings and case materials. | | | | |
| 9/28/2004 | Cook, Scott | 185.00 | 6.80 | 1,258.00 | Billable |
| 157086 | Legal | | | | |
| | Review general background of case and all documents produced to Defendant. Preparing and supplementing Plaintiff's responses to Interrogatories. Preparing Plaintiff's responses to Defendant's Interrogatories. Telephone conference with L. Firth about background of case and answering Defendant's Interrogatories. | | | | |
| 9/29/2004 | Cook, Scott | 185.00 | 2.00 | 370.00 | Billable |
| 157095 | Legal | | | | |
| | Meeting with client. Prepraration of responses to Interrogatories and initial preparation for deposition. | | | | |
| 9/30/2004 | Cook, Scott | 185.00 | 3.70 | 684.50 | Billable |
| 157096 | Legal | | | | |
| | Discussed deposition strategy with Joseph Ahmad. Meeting with L. Firth regarding preparation for depositions and supplementation of discovery responses. Review documents to supplement Defendant's Requests for Production. Preparation for deposition. | | | | |
| 10/1/2004 | Cook, Scott | 185.00 | 8.10 | 1,498.50 | Billable |
| 159694 | Legal | | | | |
| | Preparation and attend deposition of Leonard Firth. | | | | |

1/30/2006                          AHMAD, ZAVITSANOS & ANAIPAKOS, P.C.
9:35 AM                                      Pre-bill Worksheet                                    Page      8

FIR002:Leonard Firth  ( continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|---------------|---------------|----------------|----------------|-------|
| 10/4/2004 159711 | Cook, Scott Legal | 185.00 | 0.50 | 92.50 | Billable |
| | Phone call to Leonard Firth regarding supplemental discovery and deposition. | | | | |
| 10/11/2004 159722 | Cook, Scott Legal | 185.00 | 1.00 | 185.00 | Billable |
| | Returned phone call to opposing counsel. Organized and reviewed discovery. | | | | |
| 10/18/2004 159748 | Cook, Scott Legal | 185.00 | 0.30 | 55.50 | Billable |
| | Telephone conference to Leonard Firth about his health. | | | | |
| 10/29/2004 159790 | Cook, Scott Legal | 185.00 | 0.80 | 148.00 | Billable |
| | Telephone conference to Leonard Firth regarding medical records and depositions next week. | | | | |
| 11/1/2004 161907 | Cook, Scott Legal | 185.00 | 0.10 | 18.50 | Billable |
| | Conference with Joseph Ahmad regarding deposition on Thursday. | | | | |
| 11/2/2004 161915 | Cook, Scott Legal | 185.00 | 0.20 | 37.00 | Billable |
| | Telephone conference to Leonard Firth about case. Conference with Joseph Ahmad about discovery. Telephone conference to J. Schein about discovery. | | | | |
| 11/3/2004 161919 | Cook, Scott Legal | 185.00 | 4.90 | 906.50 | Billable |
| | Deposition preparation for Don McGill and Julie Pickett. | | | | |
| 11/4/2004 161925 | Cook, Scott Legal | 185.00 | 6.90 | 1,276.50 | Billable |
| | Deposition preparation. Deposition of Don McGill and Julie Pickett. Conference with G. Cox regarding requets for medical records. | | | | |
| 11/8/2004 161935 | Cook, Scott Legal | 185.00 | 0.50 | 92.50 | Billable |
| | Conference with Joseph Ahmad regarding declarations of Aaron Johnson and Michael Keas. | | | | |
| 11/9/2004 161940 | Cook, Scott Legal | 185.00 | 0.60 | 111.00 | Billable |
| | Telephone conference to Michael Rpss regarding possible declaration. Conference with Joseph Ahmad regarding declarations. Telephone conference to Aaron Johnson regarding possible declaration. | | | | |
| 11/10/2004 161943 | Cook, Scott Legal | 185.00 | 0.20 | 37.00 | Billable |
| | Telephone conference to Aaron Johnson regarding declaration. Conference with Joseph Ahmad regarding declarations. | | | | |
| 11/12/2004 161958 | Cook, Scott Legal | 185.00 | 2.40 | 444.00 | Billable |
| | Drafting declaration for Aaron Johnson. | | | | |

1/30/2006                     AHMAD, ZAVITSANOS & ANAIPAKOS, P.C.
9:35 AM                              Pre-bill Worksheet                                    Page      9

FIR002:Leonard Firth  ( continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 11/13/2004 | Cook, Scott | 185.00 | 2.10 | 388.50 | Billable |
| 161966 | Legal | | | | |
| | Drafted declaration for Aaron Johnson. Telephone conference to Leonard Firth about declaration. | | | | |
| 11/15/2004 | Cook, Scott | 185.00 | 0.10 | 18.50 | Billable |
| 161971 | Legal | | | | |
| | Conference with Joseph Ahmad regarding A. Johnson's declaration. | | | | |
| 11/16/2004 | Cook, Scott | 185.00 | 1.40 | 259.00 | Billable |
| 161978 | Legal | | | | |
| | Revising declaration for A. Johnson. Telephone conference to L. Firth regarding damages, settlement, and A. Johnson's declaration. | | | | |
| 11/17/2004 | Cook, Scott | 185.00 | 0.50 | 92.50 | Billable |
| 161980 | Legal | | | | |
| | Revising Johnson declaration. Telephone conference to L. Firth regarding health indurance and Johnson's declaration. | | | | |
| 11/23/2004 | Cook, Scott | 185.00 | 0.80 | 148.00 | Billable |
| 162000 | Legal | | | | |
| | Telephone conference to A. Johnson regarding declaration. Editing declaration of A. Johnson. | | | | |
| 11/24/2004 | Cook, Scott | 185.00 | 0.10 | 18.50 | Billable |
| 162002 | Legal | | | | |
| | Finalizing and sending out A. Johson's declaration. | | | | |
| 12/1/2004 | Cook, Scott | 185.00 | 0.30 | 55.50 | Billable |
| 163356 | Legal | | | | |
| | Reviewed Defendant 's Request for Release of medical records. Conference with Gigi Cox regarding medical records. | | | | |
| 12/2/2004 | Cook, Scott | 185.00 | 1.10 | 203.50 | Billable |
| 163358 | Legal | | | | |
| | Conference with Joseph Ahmad about Defendant's request for medical records. Telephone conference to Leonard Firth regarding medical records. Telephone conference to Jill Suhein regarding same. Begin drafting confidentiality agreement. | | | | |
| 12/14/2004 | Cook, Scott | 185.00 | 0.70 | 129.50 | Billable |
| 163391 | Legal | | | | |
| | Phone message with Jill Schein. Drafting confidentiality agreement regarding medical records. | | | | |
| 12/16/2004 | Cook, Scott | 185.00 | 1.00 | 185.00 | Billable |
| 163403 | Legal | | | | |
| | Telephone conference with Jill Schein regarding medical records and possible settlement. Conference with J. Ahmad regarding same. Drafting of confidentiality agreement and letter to L. Firth. | | | | |
| 12/17/2004 | Cook, Scott | 185.00 | 0.40 | 74.00 | Billable |
| 163408 | Legal | | | | |
| | Letters to L. Firth regarding medical records and confidentiality agreement. | | | | |

1/30/2006　　　　　　　　　AHMAD, ZAVITSANOS & ANAIPAKOS, P.C.
9:35 AM　　　　　　　　　　　　　　Pre-bill Worksheet　　　　　　　　　　　Page　　10

FIR002:Leonard Firth  ( continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 12/20/2004 163415 | Cook, Scott Legal | 185.00 | 0.60 | 111.00 | Billable |
| | Drafted letters to L. Firth regarding medical records and confidentiality agreement. Telephone conference woth L. Firth regarding medical records and possible mediation. | | | | |
| 1/6/2005 165226 | Cook, Scott Legal | 185.00 | 0.10 | 18.50 | Billable |
| | Reviewed medical record release from Leonard Firth. | | | | |
| 1/7/2005 165229 | Cook, Scott Legal | 185.00 | 0.60 | 111.00 | Billable |
| | Telephone conference with L. Firth regarding medical records, confidentiality agreement and mediator. Telephone conference with Jill Schein regarding same. E-mail to Jill Schein regarding same. | | | | |
| 1/24/2005 165305 | Cook, Scott Legal | 185.00 | 0.30 | 55.50 | Billable |
| | Reviewed confidentiality agreement on medical records. Drafted letter to Defendant with medical record authorization. | | | | |
| 1/26/2005 165314 | Cook, Scott Legal | 185.00 | 0.20 | 37.00 | Billable |
| | Conference with G. Cox regarding need for expert testimony on damages. | | | | |
| 2/23/2005 166632 | Cook, Scott Legal | 185.00 | 0.20 | 37.00 | Billable |
| | Conference with Joseph Ahmad regarding case status and settlement progress. | | | | |
| 3/17/2005 168888 | Cook, Scott Legal | 185.00 | 0.20 | 37.00 | Billable |
| | Telephone conference with L. Firth regarding case status and summary jusgment motion. | | | | |
| 3/28/2005 168917 | Cook, Scott Legal | 185.00 | 0.20 | 37.00 | Billable |
| | Received Rule 11 agreement from opposing counsel regarding discovery. reviewed document production regarding same. | | | | |
| 3/29/2005 168925 | Cook, Scott Legal | 185.00 | 2.80 | 518.00 | Billable |
| | Reviewed letter from Jill Schein regarding Defendant's discovery reponses. Reviewed discovery attempting to reconcile Defendant's production. Reviewed file. Conference with Joseph Ahmad regarding production of declaration discovery and depositions by written questions. Conference with Gigi Cox regarding requeting records and production of declaration. Legal research on witness statements and depositions as written questions. | | | | |
| 4/5/2005 169295 | Cook, Scott Legal | 185.00 | 0.50 | 92.50 | Billable |
| | Telephone conference with J. Schein regarding expert designation; review of records obtained from Marker Group. | | | | |

1/30/2006                AHMAD, ZAVITSANOS & ANAIPAKOS, P.C.
9:35 AM                        Pre-bill Worksheet                           Page    11

FIR002:Leonard Firth  ( continued)

| Date ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 4/8/2005<br>169304 | Cook, Scott<br>Legal | 185.00 | 0.50 | 92.50 | Billable |
| | Review Defendant's Expert designations; conference with J. Ahmad regarding same;  perform legal research on requirements of expert designations. | | | | |
| 4/12/2005<br>169313 | Cook, Scott<br>Legal | 185.00 | 0.70 | 129.50 | Billable |
| | Telephone conference with Leonard Firth regarding case status, summary judgment, records of Don McGill and deposition of A. Johnson; conference with J. Ahmad regarding expert designations and deposition of A. Johnson;  telephone message with Jill Schein regarding deposition of A. Johnson. | | | | |
| 4/25/2005<br>169874 | Cook, Scott<br>Legal | 185.00 | 0.30 | 55.50 | Billable |
| | Letter to Jill Schein regarding deposition of Aaron Johnson; conference with Joe Ahmad regarding same. | | | | |
| 5/19/2005<br>170978 | Cook, Scott<br>Legal | 185.00 | 0.30 | 55.50 | Billable |
| | Receipt and review of Defendant's request for Plaintiff's medical records; conference with G. Cox regarding same. | | | | |
| 6/20/2005<br>172416 | Cook, Scott<br>Legal | 185.00 | 0.50 | 92.50 | Billable |
| | Reviewed case law on hours requirement of FMLA. | | | | |
| 6/21/2005<br>172535 | Cook, Scott<br>Legal | 185.00 | 0.50 | 92.50 | Billable |
| | Legal research on Motion for Summary Judgment. | | | | |
| 6/22/2005<br>172545 | Cook, Scott<br>Legal | 185.00 | 0.10 | 18.50 | Billable |
| | Legal research for Response to Motion for Summary Judgment. | | | | |
| 6/23/2005<br>172552 | Cook, Scott<br>Legal | 185.00 | 0.30 | 55.50 | Billable |
| | Legal research for Response to Motion for Summary Judgment. | | | | |
| 7/16/2005<br>173920 | Cook, Scott<br>Legal | 185.00 | 0.50 | 92.50 | Billable |
| | Telephone conference with L. Firth regarding response to Motion for Summary Judgment. | | | | |
| 7/19/2005<br>173926 | Cook, Scott<br>Legal | 185.00 | 5.20 | 962.00 | Billable |
| | Work on response to Defendant's Motion for Summary Judgment. | | | | |
| 7/20/2005<br>173933 | Cook, Scott<br>Legal | 185.00 | 3.60 | 666.00 | Billable |
| | Begin preparing Response to Defendant's Motion for Summary Judgment. | | | | |

1/30/2006
9:35 AM

AHMAD, ZAVITSANOS & ANAIPAKOS, P.C.
Pre-bill Worksheet

Page    12

FIR002:Leonard Firth  ( continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 7/21/2005 173938 | Cook, Scott Legal | 185.00 | 8.80 | 1,628.00 | Billable |
| | Meeting with L. Firth regarding time spent working; draft Response to Defendant's Motion for Summary Judgment. | | | | |
| 7/22/2005 173945 | Cook, Scott Legal | 185.00 | 6.20 | 1,147.00 | Billable |
| | Work on draft Response to Defendant's Motion for Summary Judgment. | | | | |
| 7/23/2005 173946 | Cook, Scott Legal | 185.00 | 2.50 | 462.50 | Billable |
| | Continue drafting Response to Defendant's Motion for Summary Judgment. | | | | |
| 7/24/2005 173954 | Cook, Scott Legal | 185.00 | 6.30 | 1,165.50 | Billable |
| | Telephone conference with L. Firth regarding hours worked; prepare Response to Defendant's Motion for Summary Judgment. | | | | |
| 7/25/2005 173951 | Cook, Scott Legal | 185.00 | 7.50 | 1,387.50 | Billable |
| | Legal research on travel time and compensation; Telephone conference with with L. Firth regarding time worked; conference with J. Ahmad regarding response to Summary Judgment Motion; draft Response to Defendant's Motion for Summary Judgment. | | | | |
| 7/27/2005 174587 | Cook, Scott Legal | 185.00 | 12.70 | 2,349.50 | Billable |
| | Draft Plaintiff's Response to Defendant's Motion for Summary Judgment; Telephone conferences with L. Firth regarding same; legal research regarding same. | | | | |
| 7/28/2005 174595 | Cook, Scott Legal | 185.00 | 13.70 | 2,534.50 | Billable |
| | Continue drafting Plaintiff's Response to Defendant's Motion for Summary Judgment; legal research regarding same; telephone conferences with L. Firth regarding same. | | | | |
| 7/29/2005 174603 | Cook, Scott Legal | 185.00 | 9.00 | 1,665.00 | Billable |
| | Finalized Plaintiff's Response to Defendant's Motion for Summary Judgment. | | | | |
| 8/11/2005 175116 | Cook, Scott Legal | 185.00 | 3.20 | 592.00 | Billable |
| | Conference with J. Ahmad regarding Summary Judgment Response; draft Sur-Reply to Defendant's Reply to Summary Judgment Response. | | | | |
| 8/14/2005 175128 | Cook, Scott Legal | 185.00 | 0.50 | 92.50 | Billable |
| | Draft Sur-Reply to Defendant's Reply to Plaintiff's Response to Defendant's Motion for Summary Judgment. | | | | |
| 8/15/2005 175131 | Cook, Scott Legal | 185.00 | 3.40 | 629.00 | Billable |
| | Draft Plaintiff's Sur-Reply to Defendant's Response to Plaintiff's Reply to Defendant's Motion for Summary Judgment; conference with J. Ahmad regarding same. | | | | |

1/30/2006                 AHMAD, ZAVITSANOS & ANAIPAKOS, P.C.
9:35 AM                        Pre-bill Worksheet                           Page    13

FIR002:Leonard Firth  ( continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 8/19/2005 | Cook, Scott | 185.00 | 5.70 | 1,054.50 | Billable |
| 175439 | Legal | | | | |
| | Drafting Sur-Reply to Defendant's Motion for Summary Judgment. | | | | |
| 8/20/2005 | Cook, Scott | 185.00 | 1.60 | 296.00 | Billable |
| 175443 | Legal | | | | |
| | Drafting Sur-Reply to Defendant's Motion for Summary Judgment. | | | | |
| 8/21/2005 | Cook, Scott | 185.00 | 2.40 | 444.00 | Billable |
| 175449 | Legal | | | | |
| | Finalize Sur-Reply to Defendant's Motion for Summary Judgment. | | | | |
| 8/22/2005 | Cook, Scott | 185.00 | 0.50 | 92.50 | Billable |
| 175453 | Legal | | | | |
| | Reviewed final draft of Sur-Reply to Defendant's Motion for Summary Judgment. | | | | |

Total: Cook, Scott                                     150.70                         $27,879.50

Attorney: Cox, Gigi

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 2/9/2004 | Cox, Gigi | 125.00 | 2.60 | 325.00 | Billable |
| 182756 | Legal | | | | |
| | Draft and revise complaint.  Send to client for comment and revisions. | | | | |
| 2/17/2004 | Cox, Gigi | 125.00 | 1.80 | 225.00 | Billable |
| 182757 | Legal | | | | |
| | Revise and finalize complaint.  Prepare civil cover sheet and summons.  Request filing fee check. | | | | |
| 2/20/2004 | Cox, Gigi | 125.00 | 0.80 | 100.00 | Billable |
| 182758 | Legal | | | | |
| | Prepare filing letter and file Complaint. | | | | |
| 2/23/2004 | Cox, Gigi | 125.00 | 0.30 | 37.50 | Billable |
| 182759 | Legal | | | | |
| | Review court assignment.  Calendar initial scheduling conference. | | | | |
| 3/30/2004 | Cox, Gigi | 125.00 | 0.40 | 50.00 | Billable |
| 182760 | Legal | | | | |
| | Prepare, file and serve Plaintiff's Certificate of Interested Persons. | | | | |
| 5/17/2004 | Cox, Gigi | 125.00 | 0.20 | 25.00 | Billable |
| 182761 | Legal | | | | |
| | Draft First Amended Complaint. | | | | |
| 5/20/2004 | Cox, Gigi | 125.00 | 1.20 | 150.00 | Billable |
| 182762 | Legal | | | | |
| | Finalize, file and serve  ( 1)   Plaintiff's Response to Defendant's Motion to Dismiss;  ( 2) Unopposed Motion for Leave to File Plaintiff's First Amended Complaint and;  ( 3)   Plaintiff's First Amended Complaint. | | | | |

1/30/2006              AHMAD, ZAVITSANOS & ANAIPAKOS, P.C.
9:35 AM                      Pre-bill Worksheet                   Page    14

FIR002:Leonard Firth  ( continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 5/28/2004 182763 | Cox, Gigi Legal | 125.00 | 0.20 | 25.00 | Billable |
| | Meeting with client regarding documents and witnesses. | | | | |
| 6/2/2004 182764 | Cox, Gigi Legal | 125.00 | 0.10 | 12.50 | Billable |
| | Telephone conference with client regarding information on Michael Rees and Aaron Johnson. | | | | |
| 6/7/2004 182765 | Cox, Gigi Legal | 125.00 | 0.40 | 50.00 | Billable |
| | Draft Joint Case Management Plan.  Discuss with Joe Ahmad and send to Defendant. | | | | |
| 6/8/2004 182766 | Cox, Gigi Legal | 125.00 | 0.50 | 62.50 | Billable |
| | Finalize, file and serve Joint Case Management Plan. | | | | |
| 8/9/2004 182767 | Cox, Gigi Legal | 125.00 | 1.10 | 137.50 | Billable |
| | Review file and draft Initial Disclosures.  Discuss deposition dates with opposing counsel, Jill Schein. | | | | |
| 8/10/2004 182768 | Cox, Gigi Legal | 125.00 | 2.00 | 250.00 | Billable |
| | Draft .Interrogatories and Requests for Production to Defendant. | | | | |
| 8/11/2004 182769 | Cox, Gigi Legal | 125.00 | 3.50 | 437.50 | Billable |
| | Revise, finalize, file, and serve Plaintiff's  Initial Disclosures.  Finalize and serve Plaintiff's Interrogatories and Requests for Production to Defendantl. | | | | |
| 9/21/2004 182770 | Cox, Gigi Legal | 125.00 | 0.60 | 75.00 | Billable |
| | Prepare and serve deposition notices for McGill and Pickett.  Arrange for court reporter. | | | | |
| 9/22/2004 182771 | Cox, Gigi Legal | 125.00 | 1.50 | 187.50 | Billable |
| | Draft Plaintiff's discovery responses. | | | | |
| 9/27/2004 182772 | Cox, Gigi Legal | 125.00 | 4.30 | 537.50 | Billable |
| | Revise, finalize and serve Plaintiff's Responses to Defendant's Interrogatories and .Requests for Production. | | | | |
| 9/29/2004 182774 | Cox, Gigi Legal | 125.00 | 3.10 | 387.50 | Billable |
| | Revise, finalize, file and serve Motion for R. Scott Cook to appear Pro Hac Vice.  Assist R.S. Cook in revising and serving Plaintiff's Amended Answers to Interrogatories.  Meet with Firth for deposition preparation. | | | | |
| 10/1/2004 182773 | Cox, Gigi Legal | 125.00 | 2.20 | 275.00 | Billable |
| | Bates label documents for production.  Draft Requests for Admissions to Defendant and Bates label the attached exhibits.  Finalize and serve documents and Requests for Admissions.  Assist R. Scott Cook with final items for Plaintiff's deposition. | | | | |

1/30/2006                    AHMAD, ZAVITSANOS & ANAIPAKOS, P.C.
9:35 AM                              Pre-bill Worksheet                              Page    15

FIR002:Leonard Firth  ( continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 10/18/2004<br>182775 | Cox, Gigi<br>Legal<br>Telephone conference with Jill Schein about Requests for Admissions.  Relay to S. Cook for<br>handling. | 125.00 | 0.20 | 25.00 | Billable |
| 1/31/2005<br>182776 | Cox, Gigi<br>Legal<br>Finalize, file and serve Plaintiff's Expert Witness Designation. | 125.00 | 0.90 | 112.50 | Billable |
| 3/30/2005<br>182777 | Cox, Gigi<br>Legal<br>Request copies of records from Charter One and Continental Airlines for Markers. | 125.00 | 0.20 | 25.00 | Billable |
| 6/21/2005<br>182778 | Cox, Gigi<br>Legal<br>Brief review of Motion for Summary Judgment, copies to attorneys and client.  Calendar response<br>due date. | 125.00 | 0.40 | 50.00 | Billable |
| 6/23/2005<br>182779 | Cox, Gigi<br>Legal<br>Draft, finalize, file, and serve Plaintiff's Motion for Extension of due date for filing Plaintiff's Response<br>to Defendant's Motion for Summary Judgment. | 125.00 | 1.10 | 137.50 | Billable |
| 6/27/2005<br>182780 | Cox, Gigi<br>Legal<br>Calendar new due date for Response to Motion for Summary Judgment. | 125.00 | 0.10 | 12.50 | Billable |
| 10/27/2005<br>182781 | Cox, Gigi<br>Legal<br>Review Order Denying Motion for Summary Judgment.  Copy to client.  Review file. | 125.00 | 0.40 | 50.00 | Billable |
| 11/2/2005<br>182783 | Cox, Gigi<br>Legal<br>Draft and revise Joint Motion to extend filing date of Joint Pretrial Order.  Discuss with Defendant. | 125.00 | 0.50 | 62.50 | Billable |
| 11/3/2005<br>182785 | Cox, Gigi<br>Legal<br>Finalize, file, and serve Joint Motion for Extension of Time for filing Joint Pretrial Order. | 125.00 | 0.70 | 87.50 | Billable |
| 11/8/2005<br>182786 | Cox, Gigi<br>Legal<br>Calendar new due date for Joint Pretrial Order. | 125.00 | 0.10 | 12.50 | Billable |
| 11/10/2005<br>182787 | Cox, Gigi<br>Legal<br>Review file.  Work on exhibit list. | 125.00 | 1.00 | 125.00 | Billable |
| 11/14/2005<br>182788 | Cox, Gigi<br>Legal<br>Draft Joint Pretrial Order and attachments. | 125.00 | 3.50 | 437.50 | Billable |

1/30/2006                         AHMAD, ZAVITSANOS & ANAIPAKOS, P.C.
9:35 AM                                    Pre-bill Worksheet                                    Page    16

FIR002:Leonard Firth  ( continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|--------------|--------------:|---------------:|---------------:|-------|
| 11/16/2005 | Cox, Gigi | 125.00 | 2.70 | 337.50 | Billable |
| 182789 | Legal | | | | |
| | Revise and continue to work on Joint Pretrial Order and attachments.  Send draft to Defendant.  Discuss mediation dates. | | | | |
| 11/17/2005 | Cox, Gigi | 125.00 | 4.00 | 500.00 | Billable |
| 182790 | Legal | | | | |
| | Revise and continue to work on Joint Pretrial Order and attachments.  Send revised draft Joint Pretrial Order and jury charge to Defendant. | | | | |
| 11/18/2005 | Cox, Gigi | 125.00 | 6.30 | 787.50 | Billable |
| 182791 | Legal | | | | |
| | Revise, finalize, file, and serve Joint Pretrial Order filed  ( Plaintiff's witness list, exhibit list, voir dire, Motion in LImine, jury charge)  .  Discuss revisions with Defendant.  Mediation dates proposed. | | | | |
| 11/21/2005 | Cox, Gigi | 125.00 | 0.40 | 50.00 | Billable |
| 182792 | Legal | | | | |
| | Confirm mediation date and send information to Sandage.  Hand deliver Joint Pretrial Order to Defendant. | | | | |
| 11/29/2005 | Cox, Gigi | 125.00 | 1.10 | 137.50 | Billable |
| 182793 | Legal | | | | |
| | Draft, revise, finalize, file, and serve Joint Motion to Continue Docket Call.  Telephone conference with Court about moving docket call.  Discuss motion with Defendant. | | | | |
| 12/1/2005 | Cox, Gigi | 125.00 | 0.10 | 12.50 | Billable |
| 182794 | Legal | | | | |
| | Notify Defendant that Docket Call reset per Amy with Court. | | | | |
| 12/20/2005 | Cox, Gigi | 125.00 | 0.80 | 100.00 | Billable |
| 182795 | Legal | | | | |
| | Gather information for J. Ahmad for mediation witih Doug Sandage on 12/21/05.  Confirm arrangements witih client. | | | | |
| 1/6/2006 | Cox, Gigi | 125.00 | 1.40 | 175.00 | Billable |
| 182796 | Legal | | | | |
| | Telephone call to client to notify him  of trial setting and general planning.   Discussions with J. Ahmad about trial and scheduling.  Review file. | | | | |
| 1/8/2006 | Cox, Gigi | 125.00 | 2.50 | 312.50 | Billable |
| 182797 | Legal | | | | |
| | Trial preparation.   Confirm trial seting on PACER.  Prepare trial subpoenas.  Discuss schedule with J. Ahmad. | | | | |
| 1/9/2006 | Cox, Gigi | 125.00 | 6.00 | 750.00 | Billable |
| 182800 | Legal | | | | |
| | Arrange for service of trial subpoenas for McGill, Pickett and Johnson.  Meet with J. Ahmad and L. Firth for trial preparation.  Telephone conference with Ellen Alexander with Judge Hittner's court about scheduling.  Work on trial notebooks and exhibits. | | | | |
| 1/10/2006 | Cox, Gigi | 125.00 | 10.50 | **1,312.50** | Billable |
| 182801 | Legal | | | | |
| | Trial preparation: Finalize Plaintiff's exhibits and prepare Plaintiff's exhibit binders.  Compare | | | | |

1/30/2006
9:35 AM

AHMAD, ZAVITSANOS & ANAIPAKOS, P.C.
Pre-bill Worksheet

Page    17

FIR002:Leonard Firth  (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| | Plaintiff's exhibits to Defendant's exhibits for duplications. Revise and finalize trial notebooks and witness notebooks for J. Ahmad and Howard Dulmage. Organize file for trial. | | | | |
| 1/11/2006  Cox, Gigi 182802  Legal | | 125.00 | 12.20 | 1,525.00 | Billable |
| | Revise, finalize, file and serve Plaintiff's Response in Opposition to Defendant's Motion in Limine  ( 2 motions)  , Plaintiff's Amended Motion in Limine, Plaintiff's second Exhibit List, Notice of Appearance of John Zavitsanos and H. Dulmage.  Attend pretrial conference.  Prepare for trial. | | | | |
| 1/12/2006  Cox, Gigi 182803  Legal | | 125.00 | 11.00 | 1,375.00 | Billable |
| | Attend trial - jury selection, opening statement and testimony of D. McGill and Julie Pickett.  Confirm delivery of subpoena to Johnson.  Issue subpoena for Stewart.  Confirm service of subpoena on Johnson.  Assist J. Ahmad and H. Dulmage in preparing for next day's testimony.  Maintain organization of trial documents. | | | | |
| 1/13/2006  Cox, Gigi 182804  Legal | | 125.00 | 10.50 | 1,312.50 | Billable |
| | Attend trial - testimony of A. Johnson, M. Rees and Darryl Stewart.  Work on subpoena service for Stewart.  Assist J. Ahmad and H. Dulmage in preparing for Firth's testimony and maintain organization of trial documents. | | | | |
| 1/16/2006  Cox, Gigi 182805  Legal | | 125.00 | 7.00 | 875.00 | Billable |
| | Trial preparation - type tapes for J. Ahmad and arrange file.  Pull documents for attorneys.  Assist J. Ahmad and H. Dulmage. | | | | |
| 1/17/2006  Cox, Gigi 182806  Legal | | 125.00 | 10.00 | 1,250.00 | Billable |
| | Attend trial - testimony of Leonard Firth and McGill  ( recalled)  .  Maintain organization of trial documents. | | | | |
| 1/18/2006  Cox, Gigi 182807  Legal | | 125.00 | 8.00 | 1,000.00 | Billable |
| | File and serve Plaintiff's proposed jury charge and questions.  Assist J. Ahmad and H. Dulmage with jury charge conference.  Revise jury instructions and questions.  Send to Defendant for approval.  Request excerpts of trial testimony from Court reporter. | | | | |
| 1/19/2006  Cox, Gigi 182808  Legal | | 125.00 | 10.50 | 1,312.50 | Billable |
| | Finalize and copy jury instructions.  Hand deliver copies to Court.  Attend trial - closing arguments.  Wait for jury  ( 3 jury questions including request for Stewart's testimony)  .  Maintain organization of trial documents. | | | | |
| 1/20/2006  Cox, Gigi 182809  Legal | | 125.00 | 8.00 | 1,000.00 | Billable |
| | Attend trial -- wait in courtroom - verdict announcement, discussion with jurors.  Clear out items from courtroom and transport back to office. | | | | |

Total: Cox, Gigi                                               148.90                        $18,612.50

1/30/2006              AHMAD, ZAVITSANOS & ANAIPAKOS, P.C.
9:35 AM                     Pre-bill Worksheet               Page   18

FIR002:Leonard Firth  ( continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| **Attorney: Leiker, Kelly** | | | | | |
| 1/10/2006 | Leiker, Kelly | 95.00 | 5.00 | 475.00 | Billable |
| 182851 | Legal | | | | |
| | Trial Preparation.  Coordinate scanning of exhibits.  Multiple telephone conferences with Trial Solutions regarding equipment.  Help Gigi Cox mark and copy exhibits for notebooks. | | | | |
| 1/11/2006 | Leiker, Kelly | 95.00 | 9.00 | 855.00 | Billable |
| 182852 | Legal | | | | |
| | Trial Preparation.  Attend pre-trial conference.  Continue to work with Sanction.  Meeting with Trial Solutions at Courthouse regarding equipment set up. | | | | |
| 1/12/2006 | Leiker, Kelly | 95.00 | 12.00 | 1,140.00 | Billable |
| 182853 | Legal | | | | |
| | Prepare for and attend trial. | | | | |
| 1/13/2006 | Leiker, Kelly | 95.00 | 11.50 | 1,092.50 | Billable |
| 182854 | Legal | | | | |
| | Prepare for and attend trial. | | | | |
| 1/17/2006 | Leiker, Kelly | 95.00 | 12.60 | 1,197.00 | Billable |
| 182855 | Legal | | | | |
| | Prepare for and attend trial. | | | | |
| 1/19/2006 | Leiker, Kelly | 95.00 | 4.50 | 427.50 | Billable |
| 182856 | Legal | | | | |
| | Prepare for and attend trial. | | | | |
| Total: Leiker, Kelly | | | 54.60 | | $5,187.00 |
| **Attorney: McCart, April** | | | | | |
| 4/5/2005 | McCart, April | 100.00 | 0.30 | 30.00 | Billable |
| 168955 | Legal | | | | |
| | Forward records from Continental and Charter One to client. | | | | |
| Total: McCart, April | | | 0.30 | | $30.00 |
| **Attorney: Thomas, Karen** | | | | | |
| 1/17/2006 | Thomas, Karen | 50.00 | 0.30 | 15.00 | Billable |
| 182415 | Legal | | | | |
| | Copied documents. | | | | |
| Total: Thomas, Karen | | | 0.30 | | $15.00 |
| **Attorney: Young, Juslyn** | | | | | |
| 7/27/2005 | Young, Juslyn | 100.00 | 0.83 | 83.33 | Billable |
| 174814 | Legal | | | | |
| | Edit chart per instructions from Scott to assist with response to Defendant's MSJ | | | | |

1/30/2006                           AHMAD, ZAVITSANOS & ANAIPAKOS, P.C.
9:35 AM                                    Pre-bill Worksheet                          Page    19

FIR002:Leonard Firth  ( continued)

| Date | Attorney | Rate | Hours | Amount | Total |
|------|----------|------|-------|--------|-------|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 7/28/2005 | Young, Juslyn | 100.00 | 4.83 | 483.33 | Billable |
| 174805 | Legal | | | | |
| | Assist Scott with Motion for Summary Judgment Response preparation | | | | |
| 7/29/2005 | Young, Juslyn | 100.00 | 7.00 | 700.00 | Billable |
| 174799 | Legal | | | | |
| | Assist Scott Cook with preparation of Response to Motion for Summary Judgment and filing; prepare copies; confirm and attach exhibits; proofread response | | | | |
| 8/22/2005 | Young, Juslyn | 100.00 | 1.33 | 133.33 | Billable |
| 176240 | Legal | | | | |
| | Proofread sur-reply to defendant reply to plaintiff response to defendant Motion for Summary Judgment; prepare exhibits; electornically file sur reply and serve copies on defendant | | | | |
| Total: Young, Juslyn | | | 13.99 | | $1,399.99 |
| Attorney: Zavitsanos, John | | | | | |
| 1/12/2006 | Zavitsanos, John | 0.00 | 7.40 | 0.00 | Billable |
| 182860 | Legal | | | | |
| | Assisted with jury selection.  Research for jury charge. | | | | |
| 1/13/2006 | Zavitsanos, John | 0.00 | 2.70 | 0.00 | Billable |
| 182862 | Legal | | | | |
| | Continue research for jury charge. Review of C.F.R. to locate case law on presumption. | | | | |
| 1/14/2006 | Zavitsanos, John | 0.00 | 7.20 | 0.00 | Billable |
| 182863 | Legal | | | | |
| | Assist Mr. Ahmad with witness preparation. Research for jury charge. | | | | |
| 1/15/2006 | Zavitsanos, John | 0.00 | 2.10 | 0.00 | Billable |
| 182864 | Legal | | | | |
| | Research for jury charge. | | | | |
| TOTAL | Billable Fees | | 614.09 | | $130,425.49 |