AO 133    (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ Texas _____

Leonard Firth

**BILL OF COSTS** (CORRECTED)

V.

Don McGill of West Houston, Ltd.
f/k/a Don McGill Toyota, Inc.

Case Number:   H-04-0659

Judgment having been entered in the above entitled action on _____ against _____ Defendant _____ ,
                                                            Date

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 150.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 380.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 1,137.06 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses (itemize on reverse side) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 160.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . . . . . . | 956.20 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3,610.04 |
| TOTAL | $ 6,396.30 |

SPECIAL NOTE:  Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill was mailed today with postage prepaid to:  Brian Chandler, Attorney for Defendant _____ .

Signature of Attorney: _____

Name of Attorney:  Joseph Y. Ahmad _____

For:  Plaintiff, Leonard Firth _____        Date:  January 30, 2005 _____
              Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

_____                     By: _____                   _____
Clerk of Court                   Deputy Clerk                        Date

**WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)**

| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Don McGill<br>21555 Katy Fwy.<br>Katy, Texas 77450 | 1 | 40.00 | | | | | 40.00 |
| Julie Pickett<br>21555 Katy Fwy.<br>Katy, Texas 77450 | 1 | 40.00 | | | | | 40.00 |
| Aaron Johnson<br>5427 Atascocita Timbers North<br>Humble, Texas 77346 | 1 | 40.00 | | | | | 40.00 |
| Darryl Stewart<br>Charter One<br>8402 Nelms<br>Houston, Texas 77061 | 1 | 40.00 | | | | | 40.00 |
| | | | | | | **TOTAL** | $ 160.00 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
   "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
   "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
   "Entry of the judgment shall not be delayed for the taxing of costs."

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LEONARD FIRTH,<br>    Plaintiff, | §<br>§<br>§ | CIVIL ACTION NO. H-04-0659 |
| VS. | §<br>§ | JURY TRIAL DEMANDED |
| DON MCGILL OF WEST<br>HOUSTON, LTD. F/K/A<br>DON MCGILL TOYOTA, INC.,<br>    Defendant. | §<br>§<br>§<br>§ | JUDGE DAVID HITTNER |

## LITIGATION COSTS PAID BY
## AHMAD, ZAVITSANOS & ANAIPAKOS, P.C.

### Exhibit 1. Filing Fees

| Date | Description | Amount | Page reference in exhibit 1 |
|---|---|---|---|
| 2/20/04 | Filing Fee | $150.00 | 1 |
| | Subtotal | $150.00 | |

### Exhibit 2. Service Fees

| Date | Description | Amount | Page reference in exhibit 2 |
|---|---|---|---|
| 3/22/04 | Roy Diaz | $60.00 | 1 |
| | Subtotal | $60.00 | |

## Exhibit 3. Witness & Subpoena Fees

| Date | Description | Amount | Page reference in exhibit 3 |
|---|---|---|---|
| 1/9/06 | Witness fee - Don McGill | $40.00 | 1 |
| 1/9/06 | Witness fee - Julie Pickett | $40.00 | 2 |
| 1/9/06 | Witness fee - Aaron Johnson | $40.00 | 3 |
| 1/9/06 and 1/12/06 | Subpoenas served on Don McGill, Julie Pickett, and Aaron Johnson | $220.00 | 4 |
| 1/13/06 | Witness fee - Darryl Stewart and Subpoenas served on Aaron Johnson and Darryl Stewart | $140.00 | 5 |
| | **Subtotal** | **$480.00** | |

## Exhibit 4.  Court Reporter Fees

| Date | Description | Amount | Page reference in exhibit 4 |
|---|---|---|---|
| 10/26/04 | Deposition of Leonard Firth | $352.65 | 1 |
| 11/9/04 | Depositions of Julie Pickett | $322.76 | 2 |

| Date | Description | Amount | Page reference in exhibit 4 |
|------|-------------|--------|-----------------------------|
| 11/9/04 | Depositions of Don McGill | $461.65 | 2 |
| | Subtotal | $1,137.06 | |

## Exhibit 5.  Record Services Fees

| Date | Description | Amount | Page reference in exhibit 5 |
|------|-------------|--------|-----------------------------|
| 3/31/05 | Records from Charter One Aviation | $105.05 | 1 |
| 3/31/05 | Records from Continental Airlines | $66.55 | 2 |
| | Subtotal | $171.60 | |

## Exhibit 6. Mediation Fee

| Date | Description | Amount | Page reference in exhibit 6 |
|------|-------------|--------|-----------------------------|
| 12/14/05 | Sandage ADR | $1,000.00 | 1 |
| | Subtotal | $1,000.00 | |

## Exhibit 7. Trial Equipment

| Date | Description | Amount | Page reference in exhibit 7 |
|------|-------------|--------|------------------------------|
| 1/11/06 | Rental of equipment for trial - projector, screen - including delivery, set up, testing and removal | $2,436.71 | 1 |
| | Subtotal | $2,436.71 | |

## Exhibit 8.  Copying Charges

| Date | Description | Amount | |
|------|-------------|--------|--|
| 7/2005 | Exemplary copy charges for documents filed with Court - Response to Motion for Summary Judgment (137 pages X $.20/page) | $27.40 | |
| 1/2006 | Exemplary copy charges for documents used at trial - Exhibits, Jury Charge (4,644 X $.20/page) | $928.80 | |
| | Subtotal | $956.20 | |

## Exhibit 9.  PACER

| Date | Description | Amount | |
|------|-------------|--------|---|
| 9/2004 | | $0.35 | |
| 12/004 | | $0.14 | |
| 3/2005 | | $0.60 | |
| 9/2005 | | $0.32 | |
| 12/2005 | | $0.32 | |
| | Subtotal | **$1.73** | |

## TOTAL COSTS

| | |
|---|---|
| 1.  Filing Fees | $150.00 |
| 2.  Service Fees | $60.00 |
| 3.  Witness & Subpoena Fees | $480.00 |
| 4.  Court Reporter Fees | $1,137.06 |
| 5.  Record Services Fees | $171.60 |
| 6.  Mediation Fee | $1,000.00 |
| 7.  Trial Equipment | $2,436.71 |
| 8.  Copying Charges | $956.20 |
| 9.  PACER | $1.73 |
| | |
| **GRAND TOTAL** | **$6,393.30** |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LEONARD FIRTH, | § | |
|     Plaintiff, | § | CIVIL ACTION NO. H-04-0659 |
| | § | |
| VS. | § | |
| | § | JURY TRIAL DEMANDED |
| DON MCGILL OF WEST | § | |
| HOUSTON, LTD. F/K/A | § | |
| DON MCGILL TOYOTA, INC., | § | JUDGE DAVID HITTNER |
|     Defendant. | § | |

**LITIGATION COSTS PAID BY
AHMAD, ZAVITSANOS & ANAIPAKOS, P.C.**

# EXHIBIT 1

NAME: Clerk, U.S. District Court

CUSTOMER NO:

INVOICE NO:

18383

DATE: 02/20/04

Check No: 18383

MEMO: FIR002 - Filing fee



Ahmad, Zavitsanos & Anaipakos, P.C.
OPERATING ACCOUNT
1221 McKinney, Suite 3460
Houston, Texas 77010-2009
713-655-1101 Fax 713-655-0062

**ENCOREBANK**
35-9384/130

18383

DATE
02/20/04

AMOUNT
$ 150.00

PAY
TO THE
ORDER
OF

**One Hundred Fifty And 00/100 Dollars*************************************************

Clerk, U.S. District Court

⑈018383⑈ ⑆113093849⑆ ⑈05000344⑈

Fri Feb 20 16:39:09 2004

UNITED STATES DISTRICT COURT

HOUSTON , TX

Receipt No. 4 541475
Cashier steveng

Check Number: 18383

DO Code Div No
4679 4

Sub Acct Type Tender  Amount
1:006900 W 2      60.00
2:510000 N 2      90.00

Total Amount $   150.00

AHMAD ZAVITSANOS & ANAIPAKOS

H-04-0659

bn

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LEONARD FIRTH, | § | |
|     Plaintiff, | § | CIVIL ACTION NO. H-04-0659 |
| | § | |
| VS. | § | |
| | § | JURY TRIAL DEMANDED |
| DON MCGILL OF WEST | § | |
| HOUSTON, LTD. F/K/A | § | |
| DON MCGILL TOYOTA, INC., | § | JUDGE DAVID HITTNER |
|     Defendant. | § | |

**LITIGATION COSTS PAID BY
AHMAD, ZAVITSANOS & ANAIPAKOS, P.C.**

# EXHIBIT 2

F-LR01

# INVOICE   (713) 655-1101                 (713) 446-4540

| SOLD TO Mr. Joseph Y. Ahmad | SHIP TO Roy Diaz, Jr. |
|---|---|
| ADDRESS 1221 McKinney St. #3460 | ADDRESS 0623 Deer Ridge Ln. |
| CITY, STATE, ZIP Hou, Tx. (77010) | CITY, STATE, ZIP Hou, Tx: (77086) |

| CUSTOMER'S ORDER NO. Atty. Greg Cox | SALESPERSON | TERMS | F.O.B. | DATE 3-22-04 |
|---|---|---|---|---|

(Billing F1R 002)

Federal Summons (Civil Case # H-04-0659)

ENT'D MAR 2 5 2004

Leonard Firth Vs.   ✗✗

Don McGill of West Houston, LTD. F/K/A

Don McGill Toyota, Inc.

① Pick up at your office 3/16/2004 @ 9:35 Am

Delivered at 1021 Main St. #1150 Houston Tx (77002)

To CT CORP System c/o Lynne Key on 3-16-04 @ 9:50A

file stamped & delivered to your office
3/22/04                    # 70 ⁰⁰

Ceremony I 5050

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LEONARD FIRTH, | § | |
|     Plaintiff, | § | CIVIL ACTION NO. H-04-0659 |
| | § | |
| VS. | § | |
| | § | JURY TRIAL DEMANDED |
| DON MCGILL OF WEST | § | |
| HOUSTON, LTD. F/K/A | § | |
| DON MCGILL TOYOTA, INC., | § | JUDGE DAVID HITTNER |
|     Defendant. | § | |

**LITIGATION COSTS PAID BY
AHMAD, ZAVITSANOS & ANAIPAKOS, P.C.**

# EXHIBIT 3

Ahmad, Zavitsanos & Anaipakos, P.C.

22314

NAME:   Don McGill

CUSTOMER NO:

INVOICE NO:

DATE: 01/09/06

Check No:   22314

MEMO: FIR002 - Witness fee for trial subpoena

---



Ahmad, Zavitsanos & Anaipakos, P.C.
OPERATING ACCOUNT
1221 McKinney, Suite 3460
Houston, Texas  77010-2009
713-655-1101   Fax  713-655-0062

ENCOREBANK
35-9384/130

22314

Security features. Details on back.

|  | DATE | AMOUNT |
| --- | --- | --- |
|  | 01/09/06 | $ 40.00 |

PAY
TO THE
ORDER
OF

**Forty And 00/100 Dollars**********************************************************************

Don McGill
21555 Katy Freeway
Katy, TX 77450

⑈022314⑈ ⑆113093849⑆ ⑈05000344⑈

Ahmad, Zavitsanos & Anaipakos, P.C.

22315

NAME:  Julie Pickett

CUSTOMER NO:

INVOICE NO:

DATE:  01/09/06

Check No:   22315

MEMO: FIR002 - Witness fee for trial subpoena

---



Ahmad, Zavitsanos & Anaipakos, P.C.
OPERATING ACCOUNT
1221 McKinney, Suite 3460
Houston, Texas  77010-2009
713-655-1101  Fax  713-655-0062

ENCOREBANK
35-9384/130

22315

| DATE | AMOUNT |
|------|--------|
| 01/09/06 | $ 40.00 |

PAY
TO THE
ORDER
OF

**Forty And 00/100 Dollars****************************************************************

Julie Pickett
21555 Katy Freeway
Katy, TX 77450

⑈022315⑈ ⑆113093849⑆     ⑈05000344 1⑈

Ahmad, Zavitsanos & Anaipakos, P.C.

22311

NAME:  Aaron Johnson

CUSTOMER NO:

INVOICE NO:

DATE: 01/09/06

Check No:    22311

MEMO: FIR002 - Witness fee for trial subpoena

---



Ahmad, Zavitsanos & Anaipakos, P.C.
OPERATING ACCOUNT
1221 McKinney, Suite 3460
Houston, Texas  77010-2009
713-655-1101  Fax  713-655-0062

ENCOREBANK™

35-9384/130

22311

| DATE | AMOUNT |
|------|--------|
| 01/09/06 | $ 40.00 |

PAY
TO THE
ORDER
OF

**Forty And 00/100 Dollars***********************************************************************

Aaron Johnson
7530 Brompton St., #859
Houston, TX 77025

Security features. Details on back.

⑂"022311"⑂ ⑈:113093849⑈: ⑂"05000344 1"⑂

FIR 002
1816

Page 1 of 2

Raul 'Roy' Diaz, jr.
JoSa Bo Civil Process
6623 Deer Ridge Lane
Houston, Texas 77086  (713) 446-4540

| CUSTOMER'S ORDER NO. | | DEPT. | | DATE: 1-13-06 | |
|---|---|---|---|---|---|
| NAME: atty. J.Y. Ahmad | | | | | |
| ADDRESS: 1229 McKinney St., #3460 | | | | | |
| CITY, STATE, ZIP: Hou Tx. (77010) | | | | | |
| SOLD BY: c/o gigi Cox | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE RTD. | PAID OUT |

| QUANTITY | DESCRIPTION | | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | - Billing to: FIR 002 - | | | |
| (4) 2 | Subpaenas for Federal Court | | | |
| 3 | H 04-CV-0659 | | | |
| 4 | | | | |
| 5 | | | KATY, | |
| 6 | Attempt each at 21,555 Katy Fwy., Tx | | | |
| 7 | (4) Don McGill on 1/9/06 at 1:40 PM | | $70 | |
| 8 | | | x2 | |
| 9 | (6) Jessie Pickett on 1/9/06 at 1:40 PM | | $140 | xv 00 |
| 10 | | 5427 Atoscocita Timbers N. | | |
| 11 | (c) Aaron Johnson 7530 Swamp Rd #859 | | | |
| 12 | Humble, Tx - del 1/12/06 @ 8 AM | | $80 | xv 00 |
| 13 | "Rush" → | | | |
| 14 | (#1817) ENT'D JAN 2 5 2006 | | | xv 00 |
| 15 | (See page 2 of 2) | | $220 | xv |
| RECEIVED BY: | | | | |

KEEP THIS COPY FOR YOUR RECORDS
©2004 REDIFORM® 5L320/5L320S

*FiR002*
1817

Raul 'Roy' Diaz, Jr.
JoSa Bo Civil Process
6623 Deer Ridge Lane
Houston, Texas 77086
(713) 446-4540

*Page 2 of 2*

| CUSTOMER'S ORDER NO. | DEPT. | DATE: 1-13-06 |
|---|---|---|

NAME: Atty Ahmad

ADDRESS: 1221 McKinny ST. #3460

CITY, STATE, ZIP: Hou Tx: (77010)

SOLD BY: C/o Gaign Cox

| | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE RTD. | PAID OUT |
|---|---|---|---|---|---|---|

| QUANTITY | | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| | 1 | — Billing fr: FiR 002 — | | |
| | 2 | | | |
| | 3 | FEDERAL Court | | |
| | 4 | H-04-CV-0659 | | |
| | 5 | | | |
| | 6 (d) | Daniel Stewart | | |
| | 7 | 8402 Nelms Street | | |
| | 8 | | | |
| | 9 | Houston, Texas (77061) | | |
| | 10 | (+ witnes fee) ⟶ | $40 | 00 |
| | 11 | Delivered 1/13/06 at 2:45pm | | |
| | 12 | | | |
| | 13 | "Rush" and ENTERED JAN 30 2006 | | 100 |
| | 14 | 30 minutes | | |
| | 15 | —#1816— | | 00 |
| RECEIVED BY: (See page 1 of 2) | | | $ 100 | 00 |

$140          $140

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LEONARD FIRTH,<br>    Plaintiff, | § | CIVIL ACTION NO. H-04-0659 |
| | § | |
| VS. | § | |
| | § | JURY TRIAL DEMANDED |
| DON MCGILL OF WEST | § | |
| HOUSTON, LTD. F/K/A | § | |
| DON MCGILL TOYOTA, INC., | § | JUDGE DAVID HITTNER |
|     Defendant. | § | |

**LITIGATION COSTS PAID BY**
**AHMAD, ZAVITSANOS & ANAIPAKOS, P.C.**

# EXHIBIT 4

DATE:  October 26, 2004                    INVOICE  04-271

**GALLO REPORTING, INC.**
**Certified Shorthand Reporters**
**10 Twelve Pines Court**
**The Woodlands, Texas 77381-2622**
**(281) 364-0074 Fax (281) 364-8173**


Mr. R. Scott Cook
Ahmad, Zavitsanos & Anaipakos
3460 One Houston Center
1221 McKinney St.
Houston, TX 77010-2009

**Terms:  Net 30 Days**                    **Employer ID #76-0079997**

NO. H-04-0659   In the United States District Court
                For the Southern District of Texas
                Houston Division

Leonard Firth
vs.
Don McGill of West Houston, Ltd

                                    ENT'D NOV  1 2004

THE ORAL DEPOSITION OF:
(10-1-04)

Leonard F. Firth


        Copy & Exhibits                 $ 352.65
        Mini/Index TRanscript - AScii     N/C



                            PAID
                Check # :  20348
              Amount :     352.65
              Date :       1-10-05

Bayou City Reporting, Inc.
P. O. Box 4157
Houston, TX 77210-4157
(713) 861-8589   Fax (713) 861-1729

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 54444 | 11/09/04 | 01-7234 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 11/04/04 | KORESH | H-04-0659 |
| **CASE CAPTION** | | |
| Leonard Firth vs. Don McGill of West H | | |
| **TERMS** | | |
| DUE UPON RECEIPT | | |

**TAX ID NO.:**   76-0585469

Joseph Ahmad
Ahmad, Zavitsanos & Anaipakos, P.C.
1221 McKinney, Suite 3460
Houston, TX 77010

For furnishing the original and a copy of the deposition of:
   Julie Pickett                     322.75
                                    0.01

For furnishing the original and a copy of the deposition of:
   Don McGill                      461.65

                        ========
T O T A L   D U E   >>>>   784.41

ENT'D NOV 18 2004

PAID
Check # : 20410
Amount : 784.41
Date : 1-20-05

(713) 655-1101

Please detach and return this portion with your payment

Joseph Ahmad
Ahmad, Zavitsanos & Anaipakos, P.C.
1221 McKinney, Suite 3460
Houston, TX 77010

Invoice No.: 54444
Date       : 11/09/04

**TOTAL DUE  :    784.41**

Job No.   : 01-7234
Case No.  : H-04-0659
Leonard Firth vs. Don McGill of West H

Remit To: **Bayou City Reporting, Inc.**
        **P. O. Box 4157**
        **Houston, TX 77210-4157**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LEONARD FIRTH, | § | |
| Plaintiff, | § | CIVIL ACTION NO. H-04-0659 |
| | § | |
| VS. | § | |
| | § | JURY TRIAL DEMANDED |
| DON MCGILL OF WEST | § | |
| HOUSTON, LTD. F/K/A | § | |
| DON MCGILL TOYOTA, INC., | § | JUDGE DAVID HITTNER |
| Defendant. | § | |

**LITIGATION COSTS PAID BY
AHMAD, ZAVITSANOS & ANAIPAKOS, P.C.**

# EXHIBIT 5

# INVOICE

The Marker Group, Inc.
13105 Northwest Freeway, Suite 300
Houston, TX 77040
(713) 460-9070   Fax  (713) 460-6534

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 285146 | 03/31/2005 | Due upon receipt |
| **ORDER NO.** | **ORDER DATE** | **CAUSE NO.** |
| 01-58101-001 | 10/29/2004 | H-04-0659 |

| CASE CAPTION | | |
|---|---|---|
| Firth vs McGill | | |
| **RECORDS PERTAINING TO** | | |
| Leonard Firth (File Under) | | |
| SSN : | | DOB : |

Joanna Corser
AHMAD ZAVITSANOS & ANAIPAKOS, P. C.
One Houston Center, Suite 3460
1221 McKinney Street
Houston, TX 77010-1009

---

**RECORDS FROM**

Charter One Aviation   Attention: Daryl Stewart (Any & All Records)
8402 Nelms   Houston, TX 77061

    1 SET OF Any & All Records  RECORDS OF :
       Leonard Firth (File Under)                                            105.05
                                            _____
                            TOTAL   DUE   >>>>            **105.05**

    ORDERED BY: Joseph Y. Ahmad
                AHMAD ZAVITSANOS & ANAIPAKOS, P. C.
                One Houston Center, Suite 3460
                1221 McKinney Street
                Houston, TX 77010-1009

                                    ENT'D APR 1 1 2004

                        PAID
            Check # :   21031
            Amount :   105.05
            Date :    4-21-05

TAX ID NO. :  76-0526453                          (713) 655-1101   Fax (713) 655-0062

---

*Please detach and return this portion with your payment*

Joanna Corser
AHMAD ZAVITSANOS & ANAIPAKOS, P. C.
One Houston Center, Suite 3460
1221 McKinney Street
Houston, TX 77010-1009

                    Invoice No. :  285146
                    Date      :  03/31/2005
                    **TOTAL DUE** :  $   105.05


                    Order No.  :  01-58101-001
                    Cause No.  :  H-04-0659
                    Firth vs McGill

Remit To:   **The Marker Group, Inc.**
            **P.O. Box 4890**
            **Houston, TX 77210-4890**

# INVOICE

The Marker Group, Inc.
13105 Northwest Freeway, Suite 300
Houston, TX 77040
(713) 460-9070   Fax (713) 460-6534

| INVOICE NO. | DATE | TERMS |
|---|---|---|
| 285147 | 03/31/2005 | Due upon receipt |
| ORDER NO. | ORDER DATE | CAUSE NO. |
| 01-58101-002 | 11/17/2004 | H-04-0659 |

| CASE CAPTION |
|---|
| Firth vs McGill |

| RECORDS PERTAINING TO |
|---|
| Leonard Firth (File Under) |

Joanna Corser
AHMAD ZAVITSANOS & ANAIPAKOS, P. C.
One Houston Center, Suite 3460
1221 McKinney Street
Houston, TX 77010-1009

SSN :                              DOB :

---

### RECORDS FROM

Continental Airlines   Legal Department (Any & All Records)
1600 Smith Street, 41st Floor   Houston, TX 77002

| | |
|---|---|
| 1 SET OF Any & All Records RECORDS OF : Leonard Firth (File Under) | 66.55 |
| TOTAL   DUE   >>>> | 66.55 |

ORDERED BY:  Joseph Y. Ahmad
            AHMAD ZAVITSANOS & ANAIPAKOS, P. C.
            One Houston Center, Suite 3460
            1221 McKinney Street
            Houston, TX 77010-1009

ENT'D APR 1 1 2004

PAID
Check # : 21030
Amount : 46.55
Date : 4-21-05

TAX ID NO. :  76-0526453                              (713) 655-1101   Fax (713) 655-0062

---

*Please detach and return this portion with your payment*

Joanna Corser
AHMAD ZAVITSANOS & ANAIPAKOS, P. C.
One Houston Center, Suite 3460
1221 McKinney Street
Houston, TX 77010-1009

Invoice No. :  285147
Date        :  03/31/2005
**TOTAL  DUE**  :  $      66.55

Order No.  :  01-58101-002
Cause No.  :  H-04-0659
Firth vs McGill

Remit To:    **The Marker Group, Inc.**
             **P.O. Box 4890**
             **Houston, TX 77210-4890**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LEONARD FIRTH, | § | |
|     Plaintiff, | § | CIVIL ACTION NO. H-04-0659 |
| | § | |
| VS. | § | |
| | § | JURY TRIAL DEMANDED |
| DON MCGILL OF WEST | § | |
| HOUSTON, LTD. F/K/A | § | |
| DON MCGILL TOYOTA, INC., | § | JUDGE DAVID HITTNER |
|     Defendant. | § | |

**LITIGATION COSTS PAID BY**
**AHMAD, ZAVITSANOS & ANAIPAKOS, P.C.**

# EXHIBIT 6

# Douglas S. Sandage

Sandage ADR
Alternative Dispute Resolution
3203 Mercer, Suite 200
Houston, Texas 77027
sandage@greenwaymediation.com
www.greenwaymediation.com

*Telephone: 713-626-8899*                                                          *Fax: 713-877-8587*

November 22, 2005

**Via Facsimile: 713-655-0062**
Mr. Joseph Y. Ahmad
Ahmad, Zavitsanos & Anaipakos, P.C.
3460 One Houston Center
1221 McKinney Street
Houston, Texas 77010-2009

**Via Facsimile: 713-266-1064**
Mr. Brian M. Chandler
Ms. Jill D. Schein
Ramey, Chandler, McKinley & Zito, P.C.
750 Bering, Suite 600
Houston, Texas 77057

Re:    Cause No. H-04-0659; *Leonard Firth vs. Don McGill of West Houston, Ltd. f/k/a Don McGill Toyota, Inc.*; In the United States District Court for The Southern District of Texas, Houston, Division.

Dear Counsel:

## *- PLEASE NOTE CORRECTED START TIME -*

The parties have agreed to mediate this case on **Wednesday, December 21, 2005 at 9:00 a.m.** at the **Greenway Mediation Center.** Enclosed are Rules for Mediation, Attorney's Request for Mediation, and my resume. Please read this letter and enclosures carefully, as they state the requirements that will be observed at the mediation.

Successful mediations require the participation of the "people with the power." Generally, plaintiffs personally attend and have the power to settle. When claims representatives attend in place of a defendant, however, they must note that the "authority" to offer a predetermined sum is not the "power" to settle in the mediation context. "Power" means the discretion to <u>substantially</u> reevaluate the case based on developments at the mediation. Mediations should be attended by as powerful a claims representative as possible, but the mediator understands the attendee may need to

from all other participating attorneys. Furthermore, the mediator must be informed in the first private session about the individual or group with the actual power to settle, and be allowed to confer with this individual or group as the day progresses.

The mediation fee is $1000.00 per party. The number of lawyers independently representing parties determines the number of sides. Checks should be payable to **Sandage ADR** (**Tax ID No. 76-0374107**) and be business or cashier's checks. Please mail your check prior to the mediation or bring it to the mediation session.

Last-minute cancellations pose a problem not only for me, but also for other litigants who require my services. As a full-time mediator, I cannot offer reasonable fees without being partially compensated for last-minute cancellations. Therefore, any mediation date reserved more than three (3) weeks in advance and released with five (5) or fewer business days' notice is subject to being charged at my standard half-day rate of $500.00, which may be applied to all parties.

By December 20, 2005, please respond to the questions on the enclosed Request for Mediation in a confidential Mediation Memorandum, and return the signed Request for Mediation (not to exceed five pages):

1. Name and title of settlement representative(s) who will attend the mediation, and names and telephone numbers of counsel.

2. Status of discovery (complete; substantially complete; incomplete)

3. State whether you have enough information to make a settlement offer. If not, state what further information is needed

4. History of settlement offers

5. Disputed issues of fact and law

6. Concise statement of points (factual, legal, practical), which you believe, enhance your client's chance of winning at trial or achieving a favorable settlement.

If there are any special dietary or facilities' arrangements that need to be made for yourself or your clients, please notify me so that I can make such arrangements, if possible.

Thank you for your cooperation. I look forward to the opportunity to help you amicably resolve this matter, and if you have any questions, please do not hesitate to call.

Sincerely yours,

Douglas S. Sandage

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LEONARD FIRTH,<br>        Plaintiff, | §<br>§<br>§ | CIVIL ACTION NO. H-04-0659 |
| VS. | §<br>§ | JURY TRIAL DEMANDED |
| DON MCGILL OF WEST<br>HOUSTON, LTD. F/K/A<br>DON MCGILL TOYOTA, INC.,<br>        Defendant. | §<br>§<br>§<br>§ | JUDGE DAVID HITTNER |

**LITIGATION COSTS PAID BY**
**<u>AHMAD, ZAVITSANOS & ANAIPAKOS, P.C.</u>**

# EXHIBIT 7



## Trial Solutions

| | Duration(Days) | Retail/Unit | Retail | | |
|---|---|---|---|---|---|
| 1 Canon LV-7565 Data Projector | 3.00 | $520.00 | $1,560.00 | | |
|    4400 ANSI lumens in true color mode | | | | | |
|    5100 ANSI lumens in brighter mode | | | | | |
| | | Hardware Total: | $1,560.00 | | |
| | | | | | |
| **Audio Visual** | | | | | |
| 1 Draper 70 x 70 Tripod Screen | 3.00 | $42.50 | $127.50 | | |
| 2 VGA Cables - 6' | 3.00 | N/C | | | |
| 4 VGA Cables - 15' | 3.00 | N/C | | | |
| 4 VGA Cables - 25' | 3.00 | N/C | | | |
| 1 Kit, power ext and strips | 3.00 | N/C | | | |
| 1 Extron SW4VGA 4 Input VGA Switcher | 3.00 | $45.50 | $136.50 | | |
| | | | | | |
| | | Audio Visual Total: | $264.00 | | |
| | | | | | |
| | | Equipment Subtotal: | $1,824.00 | | |
| | | Equipment Total: | $1,824.00 | | |
| | | Equipment Tax: | $150.48 | | |

## LABOR

| Date/Time | QTY | Personnel/Task | Duration(hrs.) | Unit Price | Extended |
|---|---|---|---|---|---|
| JAN 12 06 07:30 10:00 AM | 2 | A/V Tech-Set Up | 2.50 | $50.00 | $250.00 |
| JAN 19 06 17:00 18:00 PM | 2 | A/V Tech-Strike | 1.00 | $50.00 | $100.00 |
| | | | | | |
| | | | | Labor Total: | $350.00 |
| | | | | Labor Tax: | $28.88 |
| | | | | | |
| | | | | Delivery & Pickup: | $77.00 |
| | | | | Delivery Tax | $6.35 |
| | | | | | |
| | | | | | $2,436.71 |

PAID

Check # :  22317

Amount :  2436.71

Date :  1-11-06