IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LEONARD FIRTH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-04-0659 |
| | § | |
| DON MCGILL OF WEST | § | |
| HOUSTON, LTD. F/K/A DON | § | |
| MCGILL TOYOTA, INC., | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

As the jury has returned its verdict in favor of the Plaintiff on his claim for retaliation in violation of the Family Medical Leave Act and the Court has ruled on Plaintiff's motions the Court hereby

ORDERS that final judgment be entered. Plaintiff Leonard Firth shall recover from Defendant Don McGill of West Houston, Ltd. f/k/a Don McGill Toyota, Inc., $96,916 in lost wages and benefits; $96,916 in liquidated damages; $151,325 in attorneys' fees; pre- and post-judgment interest at a rate of 4.77%; and $2,786.26 in costs. This is a FINAL JUDGMENT

SIGNED at Houston, Texas, on this 28th day of March, 2006.

_____
DAVID HITTNER
United States District Judge